TOM PETRUS & MILLER LLLC

RICHARD B. MILLER                    3729-0
rmiller@tpm-hawaii.com
Tel. (808) 792-5855
DAVID HARADA STONE              6229-0
dharada-stone@tpm-hawaii.com
Tel. (808) 792-5800
ASHLEY R. SHIBUYA                  10200-0
ashibuya@tpm-hawaii.com
Tel. (808) 792-5804
Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii  96813
Facsimile:  (808) 792-5809

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br>  vs.<br><br>SAARMAN CONSTRUCTION, LTD. and OCEAN TILE, LLC,<br><br>        Defendants. | CIVIL NO. CV 16-00315 DKW-KJM (Declaratory Judgment)<br><br>PLAINTIFF STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

**PLAINTIFF STATE FARM FIRE AND CASUALTY COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff STATE FARM FIRE AND CASUALTY COMPANY ("State Farm"), by and through its attorneys, TOM PETRUS & MILLER, LLLC, hereby moves this honorable Court for summary judgment against Defendant SAARMAN CONSTRUCTION, LTD. ("Saarman") on State Farm's Complaint herein for Declaratory Judgment and Saarman's Counterclaim for declaratory judgment and for breach of the covenant of good faith and fair dealing.

Specifically, State Farm seeks a judicial determination that it has no duty to indemnify Saarman for claims in an underlying lawsuit arising from fatal workplace injuries to an employee of Defendant Ocean Tile, LLC ("Ocean Tile"), State Farm's named insured.  Because the claims relate solely to Saarman's own alleged negligence, and because Ocean Tile is not covered for such claims under the subject insurance policy, there is no coverage for the claims for Saarman as an additional insured.

This motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and is supported by the accompanying Memorandum in Support of Motion, the arguments of counsel and such other matters as the Court may consider.

DATED:  Honolulu, Hawaii,   September 5, 2017   .

　　　　　　　　　　　　　　    /s/ David R. Harada-Stone
　　　　　　　　　　　　　　 RICHARD B. MILLER
　　　　　　　　　　　　　　 DAVID HARADA-STONE
　　　　　　　　　　　　　　 ASHLEY R. SHIBUYA

　　　　　　　　　　　　　　 Attorneys for Plaintiff
　　　　　　　　　　　　　　 STATE FARM FIRE AND
　　　　　　　　　　　　　　 CASUALTY COMPANY

3