IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAARMAN CONSTRUCTION, LTD. And OCEAN TILE, LLC,<br><br>Defendants. | CIVIL NO. CV 16-00315 DKW-KJM (Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing document was duly served on the following parties on the date below via CM/ECF:

WESLEY H. H. CHING, ESQ.
whc@fmhc-law.com

SHEREE KON-HERRERA, ESQ
skh@fmhc-law.com

RICHARD B. ROSE, ESQ.
richard@rostlaw.com

DATED:  Honolulu, Hawaii, September 5, 2017.


/s/ David Harada-Stone
RICHARD B. MILLER
DAVID HARADA-STONE
ASHLEY R. SHIBUYA

Attorneys for Plaintiff
STATE FARM FIRE AND
CASUALTY COMPANY