IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, | CASE NO. 16-00315-DKW-KSC |
| Plaintiff, | DECLARATION OF CHIH-CHENG (BEN) TSAI |
| vs. | |
| SAARMAN CONSTRUCTION, LTD., | |
| Defendant. | |

## DECLARATION OF CHIH-CHENG (BEN) TSAI

I, Chih-Cheng (Ben) Tsai, hereby declare under penalty of law, as follows:

1.    I am the Vice-President of Operations for Defendant SAARMAN CONSTRUCTION, LTD. ("Saarman") which is a defendant in the above-entitled action and a defendant and third-party plaintiff in the lawsuit entitled Ashley I. Narcisco, Individually and as the Personal Representative of the Estate of Lawrence Deponte, et al. v. Saarman Construction, Ltd., et al, Civil No. 16-1-126K in the Third Circuit, State of Hawaii ("Underlying Lawsuit").

2.    Saarman was the general contractor for the Capital Improvement Project, Golf Villas at Mauna Lani Resort, Kamuela, Hawaii 96743.

1

Ocean Tile, LLC ("Ocean Tile") was one of Saarman's subcontractors on the Golf Villas at Mauna Lani Resort project.

3. At the time of the subject accident in 2015, I was the Vice-President of Operations for Saarman. I have personal knowledge of the facts stated in this declaration based on a reasonable investigation and could testify competently thereto if called as a witness.

4. Based on my limited review of the pleadings and discovery in the Underlying Lawsuit, I understand that the plaintiffs have filed a claim against Saarman for damages due to a construction site accident on the morning of September 16, 2015, when one of Ocean Tile's employees, Lawrence Deponte fell from a scaffold while installing tile on a second-story lanai. Ocean Tile did not notify Saarman about Lawrence Deponte's fall at the job site until after he died in the evening of September 16, 2015. Saarman learned after Mr. Deponte's death, that Ocean Tile did not call an ambulance or require Lawrence Deponte to go to the hospital or seek any medical treatment for his fall. Upon information and belief, an ambulance was not called until over six hours after his fall, and Lawrence Deponte died while being transported to Kona Hospital. Saarman's required procedure is for the subcontractor to notify Saarman immediately about any accident and to seek immediate medical attention.

5.      On or about April 2, 2015, Saarman entered into a Subcontract Agreement for Job #14511 ("Subcontract") with Ocean Tile, LLC for the installation of tile on the second floor lanai decks on all buildings for the Golf Villas at Mauna Lani Resort project.  The Subcontract Agreement between Saarman and Ocean Tile for the Golf Villas at Mauna Lani Resort project includes two Indemnification provisions at Article 5, Section 5.1.3, and Article 9, Section 9.1 and 9.1.1, and Insurance requirements at Article 17.  Based on the terms of the Subcontract Agreement, Saarman understood that Ocean Tile was contractually required to provide indemnity and insurance protection benefitting Saarman for claims like the plaintiffs' claim in the Underling Lawsuit and/or claims by Ocean Tile's employees who were injured while working on the project.

6.      I declare under penalty of law that the foregoing is true and correct to the best of my knowledge based on a reasonable investigation.

DATED: San Francisco, California, ___Oct. 30, 2017___.

_____
CHIH-CHENG (BEN) TSAI