IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAARMAN CONSTRUCTION, LTD.,<br><br>　　　　　　　Defendant. | ) CASE NO. 16-00315-DKW-KSC<br>)<br>)<br>) DECLARATION OF WESLEY H.H.<br>) CHING<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF WESLEY H.H. CHING

I, Wesley H. H. Ching, hereby declare under penalty of law, as follows:

1.　　I am a partner in the firm of Fukunaga Matayoshi Ching & Kon-Herrera, LLP counsel for Defendant SAARMAN CONSTRUCTION, LTD. ("Saarman") in the above-entitled action. I am also counsel for Saarman in the underlying lawsuit entitled Ashley I. Narcisco, Individually and as the Personal Representative of the Estate of Lawrence Deponte, et al. v. Saarman Construction, Ltd., et al, Civil No. 16-1-126K in the Third Circuit, State of Hawaii ("Underlying Lawsuit") and am competent to testify as to the matters stated herein and make this declaration upon personal knowledge.

2.    Attached hereto as Exhibit "A" is a true and correct copy of the Subcontract between Saarman Constriction, Ltd. and Ocean Tile, LLC for the Golf Villas at Mauna Lani Resort Project, which was attached as Exhibit 12 to the certified transcript of the deposition of Monique M. Deponte, taken on July 14, 2017 in the Underlying Lawsuit.

3.    Attached hereto as Exhibit "B" is a true and correct copy of selected pages from the certified transcript of the deposition of Wallace Deponte, taken on July 18, 2017 in the Underlying Lawsuit.

4.    Attached hereto as Exhibit "C" is a true and correct copy of selected pages from the certified transcript of the deposition of Gilbert G. Ruiz, taken on July 14, 2017 in the Underlying Lawsuit.

5.    Attached hereto as Exhibit "D" is a true and correct copy of the Statement from Gilbert Ruiz dated September 17, 2015, which was attached as Exhibit 7 to the certified transcript of the deposition of Gilbert G. Ruiz, taken on July 14, 2017 in the Underlying Lawsuit.

6.    Attached hereto as Exhibit "E" is a true and correct copy of the Hawaii EMS Report dated September 16, 2015, which was attached as Exhibit11 to the certified transcript of the deposition of Gilbert G. Ruiz, taken on July 14, 2017 in the Underlying Lawsuit.

7.     Attached hereto as Exhibit "F" is a true and correct copy of selected pages from the certified transcript of the deposition of Monique M. Deponte, taken on July 14, 2017 in the Underlying Lawsuit.

8.     Attached hereto as Exhibit "G" is a true and correct copy of Defendant Saarman Construction, Ltd.'s Response to Plaintiffs Ashley I. Narciso, Individually and as the Personal Representative of The Estate of Lawrence S. Deponte and Shane Deponte's First Request for Answers to Interrogatories to Defendant Saarman Construction, Ltd. dated December 30, 2016.

9.     The Underlying Action is still in the preliminary stages of discovery.  The plaintiffs have not filed their pretrial statement, and trial has yet to be set. Expert discovery has not even begun.  Based on this record, if this Court does not deny State Farm's Motion outright, I believe that additional time is needed to present facts essential to support Saarman's opposition, where expert discovery will be critically relevant to the determination by the trier of fact of which parties' acts or omissions caused the injuries and damages at issue.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge based on a reasonable investigation.

DATED: Honolulu, Hawaii, _____OCT 3 1 2017_____.

WESLEY H.H. CHING

3