SUBCONTRACT — SCL/ OCEAN TILE, LLC

EXHIBIT A

EXHIBIT 12
DePonte
DATE: 7-14-17
SHARON COSKEY

S 000244

## SAARMAN CONSTRUCTION, LTD.
## STANDARD FORM SUBCONTRACT

THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES: CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OR MODIFICATION

**AGREEMENT** made as of
**This Second day of April Two Thousand Fifteen**          Job #: 14511

**BETWEEN the Contractor:**
**Saarman Construction, Ltd.**                    Phone: 415-749-2700
**683 McAllister Street**                         Fax:     415-749-5251
**San Francisco, CA  94102**

and the Subcontractor:
**Ocean Tile, LLC**                               Phone: 808-960-3416
**PO Box 1049**                                   Fax:     808-214-6578 .
**Wailuku, HI 96793**

The Contractor has made a contract for construction dated **October 31, 2014**

With the Owner:
**AOAO of the Golf Villas at Mauna Lani Resort, Inc.**
**68-112 Na Ala Hele Road**
**Kamuela, HI 96743**

For the following Project:
**Golf Villas at Mauna Lani Resort**
**Capital Improvement Project**
**68-1122 Na Ala Hele Road**
**Kamuela, HI 96743**

which Contract is hereinafter referred to as the Prime Contract and which provides for the furnishing of labor, materials, equipment and services in connection with the construction of the Project. A copy of the Prime Contract, consisting of the Agreement Between Owner and Contractor (from which compensation amounts may be deleted) and the other Contract Documents enumerated therein has been made available to the Subcontractor.

The Architect for the Project is:
**Posard Broek + Associates**
**112 Pine Street**
**San Anselmo, CA 94960**

The Contractor and the Subcontractor agree the Terms and Conditions as set forth below.

### TERMS AND CONDITIONS OF SUBCONTRACT
### BETWEEN CONTRACTOR SAARMAN CONSTRUCTION, LTD.
### AND SUBCONTRACTOR

### ARTICLE 1

### THE SUBCONTRACT DOCUMENTS

I

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000245

1.1     The Subcontract Documents consist of: (i) the Subcontract; (ii) the Prime Contract, consisting of the Agreement between the Owner and Contractor and any the other Contract Documents enumerated therein, including Conditions of the Prime Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of the Agreement between the Owner and Contractor, any Modifications issued subsequent to the execution of the Agreement between the Owner and Contractor, whether before or after the execution of the Subcontract, and other Contract Documents, if any, listed in the Owner-Contractor Agreement; (iii) other documents listed in Article 19 of the Subcontract; and (iv) Modifications to this Subcontract issued after execution of the Subcontract. These form the Subcontract, and are as fully a part of the Subcontract as if attached to the Subcontract or repeated herein. The Subcontract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Subcontract Documents, other than Modifications issued subsequent to the execution of the Subcontract is attached as Exhibit A.

1.2     Subcontractor represents that Subcontractor has carefully examined the Contract Documents and has fully acquainted itself with all other discoverable conditions relevant to the Work, and its surroundings, and Subcontractor assumes the risk of such conditions and will, regardless of such conditions, the expense, difficulty of performing the Work, or negligence, if any, of Contractor, fully complete the Work for the stated Subcontract Price without further recourse to Contractor and/or the Owner.

1.3     The Contract Documents may not be complete in every detail. Subcontractor shall comply with their manifest intent and general purpose, taken as a whole, and shall not make use of any errors or omissions therein to the detriment of the Work. Should any conflict, error, omission or discrepancy appear in the Contract Documents, in work done by others, or in the site conditions, Subcontractor shall notify Contractor in writing at once, and Contractor will issue written instructions to be followed. If Subcontractor proceeds with any of the Work in question prior to receiving such instructions, then Subcontractor assumes all risks, costs and expenses and all required corrections shall be at Subcontractor's expense.

1.4     Subcontractor shall not deviate from any of the requirements of the Contract Documents without prior written approval from the Contractor.

1.5     Materials shall not be substituted for those specified, nor shall "or equal" items be furnished pursuant to the Contract Documents without Contractor's prior written approval.

1.6     Subcontractor has made an independent and thorough investigation of the job site and all other reasonably discoverable conditions that might affect the progress of the work, and has satisfied itself as to those conditions. The Subcontract Price includes payment for all work that may be done by Subcontractor to overcome unanticipated conditions. Any information that may have been furnished to Subcontractor by Contractor about the job site or other job conditions is for the convenience of Subcontractor only, and Contractor does not warrant that the conditions are as thus indicated, although such information is based on information reasonably available to Contractor. Subcontractor has satisfied itself by its own investigations as to all reasonably discoverable job conditions, including underground and other concealed conditions, and has not relied on information furnished by Contractor.

1.7     The Subcontractor shall be furnished copies of the Contract Documents upon request, but the Contractor may charge the Subcontractor for the cost of reproduction.

1.8     Subcontractor represents that Subcontractor has carefully examined the Specifications for the Work and is fully aware of the nature of all materials specified therein. Subcontractor represents and warrants that all its employees and agents have received proper training in the safe handling and use of all specified materials. Subcontractor assumes all risks, costs and expenses associated with handling such materials. Subcontractor agrees that regardless of such materials having been specified, the expense, difficulty of performing the Work, or negligence, if any, of Contractor, fully complete the Work for the stated Subcontract Price without further recourse to Contractor. Information in the specifications, drawings or otherwise, although not guaranteed by Contractor, is based on information reasonably available to Contractor.

2

S 000246

## ARTICLE 2

### THE WORK OF THIS SUBCONTRACT

The Subcontractor shall execute the following portion of the Work described in the Subcontract Documents, including all labor, materials, equipment, services and other items required to complete such portion of the Work, except to the extent specifically indicated in the Subcontract Documents to be the responsibility of others. In the event of any dispute between Contractor and Subcontractor over the scope of Subcontractor's work under the Contract Documents, Subcontractor will not stop work but will prosecute the work diligently to completion while the dispute shall be submitted for resolution in accordance with the requirements of this Subcontract.

**Work is to include, but is not limited to the following:**
**Provide all labor, materials, tools, equipment, transportation, shop drawings, and services (including applicable taxes) as necessary to the execution of:**

**Installation of 18"x18" Gold Quartize Tile in straight layout with 3/16" minimum grout joints sealed with grout sealer.**

**The following considerations do apply:**
**Contractor will furnish the tile and thinset for installation by the Subcontractor.**
**Subcontractor will furnish all other materials require for the installation.**
**Lanai slopping and waterproofing will be completed by others prior to tile installation.**
**Joints at tile perimeter are to be left for joint sealing by Contractor.**

**Work performed will follow the preliminary schedule in Exhibit E of this subcontract and Subcontractor insurance is to comply with Exhibit F. Work shall be performed per the contract plans and specifications for the project, including but not limited to "Section 093013 –Ceramic Tiling", of the Project Manual for Golf Villas at Mauna Lani Resort Capital Improvement, written by Posard Broek + Associates, Inc., dated 7/3/2014.**

### ARTICLE 3

### SUBCONTRACT PRICE

3.1  The Contractor shall pay the Subcontractor in current funds for performance of the Subcontract the Subcontract Price of **One Hundred Sixty-Four Thousand Eight Hundred Sixty-Three Dollars and Ninty-Two Cents ($164,863.92),** subject to additions and deductions as provided in the Contract Documents.

3.2  The Subcontract Price is based upon the following alternates, if any; which are described in the Contract Documents and have been accepted by the Owner and the Contractor.

3.3  Unit prices, if any, are described as follows:

### ARTICLE 4

### MUTUAL RIGHTS AND RESPONSIBILITIES

4.1  The Contractor and Subcontractor shall be mutually bound by the terms of the Subcontract and, to the extent that provisions of the Prime Contract apply to the Work of the Subcontractor, the Contractor shall assume toward the Subcontractor all obligations and responsibilities that the Owner, under the Prime Contract, assumes toward the Contractor, and the Subcontractor shall assume toward the Contractor all obligations and responsibilities which the Contractor, under the Prime Contract, assumes toward the Owner and the Architect. The Contractor shall have the benefit of all rights, remedies and redress against the

3

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000247

Subcontractor which the Owner, under the Prime Contract, has against the Contractor, and the Subcontractor shall have the benefit of all rights, remedies and redress against the Contractor which the Contractor, under the Prime Contract, has against the Owner, insofar as applicable to this Subcontract. Where provisions of this Subcontract are inconsistent with any other provisions of the Contract Documents, Subcontractor agrees to perform the work according to the strictest and most stringent provision so that the work which results from Subcontractor's performance is of the highest possible quality.

4.2   The Contractor may require the Subcontractor to enter into agreements with Sub-Subcontractors performing portions of the Work of this Subcontract by which the Subcontractor and the Sub-Subcontractor are mutually bound, to the extent of the Work to be performed by the Sub-Subcontractor, assuming toward each other all obligations and responsibilities which the Contractor and Subcontractor assume toward each other and having the benefit of all rights, remedies and redress each against the other which the Contractor and Subcontractor have by virtue of the provisions of the Subcontract.

## ARTICLE 5

## CONTRACTOR

### 5.1   SERVICES PROVIDED BY THE CONTRACTOR

5.1.1   The Contractor shall have control of the schedule but will cooperate with the Subcontractor in scheduling and performing the Contractor's Work in a reasonable effort to avoid conflicts or interference in the Subcontractor's Work and shall expedite written responses to submittals made by the Subcontractor in accordance with the terms of this Agreement. Subcontractor shall perform its work pursuant to the Contractor's schedule and all updates thereto.

5.1.2   As a convenience, the Contractor at its discretion may provide suitable areas for storage of the Subcontractor's materials and equipment during the course of the Work. However, all risk of loss and/or damage to such stored equipment or materials shall remain with Subcontractor while it is stored by Contractor and until it is installed by Subcontractor and accepted by Contractor.

5.1.3   In the event Subcontractor uses any of the Contractor's equipment, materials, labor, supplies or facilities, including without limitation, tools, safety planks, ladders and scaffolds. Subcontractor shall reimburse Contractor at a predetermined rate agreed to in writing. Further, Subcontractor assumes all responsibility for physical damage to such equipment, materials, labor, supplies, or facilities used by Subcontractor or his agents, employees, or permittees. Subcontractor shall maintain and be solely responsible for maintaining any such equipment, materials, labor, supplies or facilities in a safe condition. Subcontractor will indemnify Contractor and hold Contractor harmless from any and all liability, claims, actions, demands, damages, and expenses, including without limitation, reasonable attorneys' fees arising out of injury to persons or property in any way connected with such use of Contractor's services, facilities, or equipment, regardless of the negligence and/or misconduct of Contractor. In the event that Contractor's employees are used by Subcontractor, Subcontractor shall have full responsibility for all acts or omissions of Contractor's employees with regard to Subcontractor's use or employment of them. Subcontractor accepts any and all of Contractor's equipment, materials, labor, supplies or facilities as furnished.

### 5.2   COMMUNICATION

5.2.1   The Contractor shall not give instructions or orders directly to employees or workmen of the Subcontractor, except to persons designated as authorized representatives of the Subcontractor.

5.2.2   All of Subcontractor's communications with the Architect and/or Owner shall be in writing and shall be exchanged through the Contractor.

4

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000248

5.2.3    Subcontractor and its Sub-Subcontractors shall use, handle, transport and dispose of all Hazardous Materials (as defined below) in compliance with all federal, state and local environmental, health or safety laws, including, but not limited to, all such statutes, regulations, rules, ordinances, codes, and rules of common law. Subcontractor further agrees that Subcontractor and Sub-subcontractors shall not cause the discharge, release or disposal of any Hazardous Material on the job site. Subcontractor and its Sub-subcontractors shall, upon completion of performance of all duties under this Subcontract, remove all supplies, materials and waste containing any Hazardous Material from the job site. Subcontractor shall bear full financial responsibility, as between the parties of this Agreement, for the compliance of Subcontractor and its Sub-subcontractors with the provisions of this paragraph. Should Subcontractor or its Sub-subcontractors discharge, release or dispose of any Hazardous Material on the site in violation of this paragraph, Subcontractor shall immediately so inform Contractor in writing. In the event Subcontractor or its Sub-subcontractors encounter on the site any pipeline, underground storage tank or other container, of any kind, that may contain a Hazardous Material, or encounter material reasonably believed to contain or to be a Hazardous Material, Subcontractor shall immediately stop work in the area affected and report the condition to Contractor in writing. Should Subcontractor or its Sub-subcontractors fail to take immediate steps to comply with the requirements of this paragraph Subcontractor shall be in default of this Subcontract.

### 5.3    CONTRACTOR'S REMEDIES

5.3.1    Event of Default. For purposes of this Subcontract, any of the following shall be an Event of Default and all Events of Default shall be considered material breaches of this Subcontract.

5.3.1.1    Subcontractor's failure to (i) conform to or comply with any provision of this Subcontract or the Contract Documents or (ii) properly and diligently prosecute its work to completion in a timely fashion;

5.3.1.2    The filing of liens or claims for payment which (i) affects Owner, Contractor and/or the Project and (ii) arises out of Subcontractor's Work;

5.3.1.3    Any act, omission or willful misconduct giving rise to an obligation of Subcontractor to indemnify Contractor for a claim, loss or liability whether by operation of law or pursuant to the provisions of this Subcontract;

5.3.1.4    Contractor's reasonable doubt that Subcontractor can complete its work hereunder (i) within the time required or (ii) for the then unpaid balance of the Subcontract;

5.3.1.5    Subcontractor's failure to make when due any payments or deposit required by this Subcontract within the time and in the manner required;

5.3.1.6    The disapproval by Contractor of any construction work performed by Subcontractor as being not in compliance with the Contract Documents, as being contrary to good construction practice, and/or as being otherwise unsatisfactory;

5.3.1.7    If Subcontractor at any time refuses or neglects to supply enough properly skilled workers and proper materials, or fails to properly and diligently prosecute the work covered by this Subcontract;

5.3.1.8    The Bankruptcy, insolvency, or, if Subcontractor is an individual, Incapacity of Subcontractor;

5.3.1.9    If Subcontractor is a corporation, any dissolution, merger, consolidation, or other reorganization of Subcontractor, or the sale or other transfer of a controlling percentage of the capital stock of Subcontractor or the sale of more than fifty percent (50%) of the value of the assets of Subcontractor. The phrase "controlling

5

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000249

percentage" means the ownership of, or the right to vote, stock possessing more than fifty percent (50% of the total combined voting power of all classes of Subcontractor's capital stock issued, outstanding, and entitled to vote for the election of directors;

5.3.1.10 If Subcontractor is a partnership, a withdrawal or change of any partner or partners who own or have the right to vote, individually or in the aggregate, more than 50% of the equity of the Partnership, or the dissolution of the partnership, whether voluntary involuntary or by operation of law;

5.3.1.11 An assignment or attempted assignment by Subcontractor of its rights and/or obligations under this Subcontract in violation of this Subcontract; and

5.3.1.12 Subcontractor is otherwise guilty of material breach of this Subcontract.

5.3.2 Remedy. At any time on or after the occurrence of an Event of Default which is susceptible to being cured, Contractor may demand in writing that Subcontractor cure the Event of Default (the "Notice of Default"). If Subcontractor does not commence the cure of such Event of Default within forty-eight (48) hours of receipt of the Notice of Default, or if such Event of Default is not susceptible to being cured, Contractor may exercise one or more of the following remedies (which are non-exclusive and cumulative with any other remedy Contractor may have pursuant to this Agreement, in equity, or at law):

5.3.2.1 Withhold or nullify, in whole or in part, any payment to Subcontractor to the extent Contractor deems necessary to satisfy any past, present, or future claims, losses, or liabilities which may arise out of said Event of Default, and thereafter apply the amounts so withheld or nullified, on Subcontractor's behalf, to pay such claims, losses, or liabilities which do arise and credit the amounts so applied against the Subcontract Price;

5.3.2.2 Directly make any payment on Subcontractor's behalf which Contractor deems necessary, including payment to any supplier or any labor union trust fund, and credit the amount so paid against the Subcontract Price;

5.3.2.3 Make any payment due Subcontractor payable jointly to Subcontractor and any other person or entity and require restrictive endorsement(s) on any such joint payment in the form and to the extent Contractor deems appropriate;

5.3.2.4 Terminate this Subcontract;

5.3.2.5 Cure, on Subcontractor's behalf, any Event of Default to the extent and in the manner Contractor deems necessary and apply the "Cost" (as defined below) thereof against the Contract Price; or

5.3.2.6 Without termination of this Agreement, (i) terminate Subcontractor's right to proceed with its Work; (ii) eject Subcontractor from the job site; (iii) take possession of all materials, tools, and equipment supplied or used by Subcontractor in connection with its Work for the purpose of completing or causing to be completed any remaining work to be done by Subcontractor pursuant to this Agreement; (iv) cure or cause to be cured said Event of Default and/or complete or cause to be completed any remaining Work to be done by Subcontractor pursuant to this Agreement; (v) apply the Cost thereof against the Subcontract Price and (vi) suspend payment of any amounts to which Subcontractor may then or thereafter be entitled until the date for payment of the Retention;

6

S 000250

5.3.2.7    Supply such number of workers and quantity of materials, equipment and other facilities as Contractor deems necessary for the completion of Subcontractor's work, or any part thereof which subcontractor has failed to complete or perform, and charge the cost thereof to Subcontractor. who shall be liable for the payment of same including fifteen percent (15%) for overhead, ten percent (10%) for profit, and actual attorney's fees incurred as a result of Subcontractor's failure of performance;

5.3.2.8    Contract with one or more additional contractors to perform such part of Subcontractor's work as Contractor shall determine will provide the most expeditious completion of the total work and charge the cost including overhead and profit thereof to Subcontractor; and

5.3.2.9    Withhold payment of any monies due Subcontractor pending corrective action to the extent required by and to the satisfaction of Contractor.

5.3.2.10   In the event of an Event of Default resulting in an emergency that affects the safety of persons or property, Contractor may proceed as provided herein without giving Notice.

5.3.3    If at any time the Costs incurred by Contractor in connection with any Event of Default, including attorneys' fees, design and engineering fees and other out-of-pocket expenses, exceed the then unpaid balance of the Subcontract Price, then (i) Contractor shall have no further obligation to make any payment to Subcontractor and (ii) the amount of such excess (the "Excess Cost") shall be immediately due and payable to Contractor by Subcontractor with interest payable at the then highest legal rate from the date the Excess Cost was expended. Subcontractor specifically agrees (i) Contractor shall have a lien on all materials, tools, appliances, or other assets of Subcontractor, including but not limited to accounts receivable and other contract rights, to secure the payment of any Excess Cost and (ii) Subcontractor shall execute and/or acknowledge on demand by Contractor any document or instrument necessary to perfect such lien and security interest.

5.3.4    Whenever under the Contract Documents Subcontractor is required to perform or correct any portion of the Work or undertake or perform any other act at the sole cost and expense of Subcontractor and/or without cost or expense to Contractor, then all such costs and expenses shall be borne by Subcontractor without any increase in the Subcontract Price. In addition, Contractor shall have the right to offset against the Contract Sum any costs or expenses including ,but not limited to, attorneys', architects' and consultants' fees, incurred by Contractor in connection therewith. In the event that all monies due Subcontractor under the Contract Documents have been paid to Subcontractor when such costs or expenses are incurred by Contractor, or are otherwise insufficient to cover such offset, the Subcontractor shall promptly reimburse Contractor for all such costs and expenses immediately upon demand by Contractor. The provisions of this section are in addition to and not in lieu of other remedies or specific provisions of the Contract Documents.

5.3.5    If Subcontractor is not performing in accordance with the schedule of work at the time of entering an order for relief under applicable bankruptcy and/or insolvency law, or at any subsequent time, Contractor, while awaiting the decision of Subcontractor or its trustee to reject or to accept this Agreement and provide adequate assurance of its ability to perform hereunder, may avail itself of such remedies under this section as are reasonably necessary to maintain the schedule of work including:

5.3.5.1    Contractor may offset against any sums due or to become due Subcontractor all costs incurred in pursuing any of the remedies provided hereunder, including, but not limited to, reasonable overhead, profit and actual attorney's fees incurred as a result of Subcontractor's non-performance; and

7

S 000251

5.3.5.2    Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Subcontract Price.

## ARTICLE 6

### SUBCONTRACTOR

**6.1    EXECUTION AND PROGRESS OF THE WORK**

6.1.1    The Subcontractor shall cooperate with the Contractor in scheduling and performing the Subcontractor's Work to avoid conflict, delay in or interference with the Work of the Contractor, other Subcontractors or Owner's own forces.

6.1.2    The Subcontractor shall promptly submit Shop Drawings, Product Data, Samples and similar submittals required by the Subcontract Documents with reasonable promptness and in such sequence as to cause no delay in the Work or in the activities of the Contractor or other Subcontractors.

6.1.3    The Subcontractor shall submit to the Contractor a schedule of values allocated to the various parts of the Work of this Subcontract, aggregating the Subcontract Sum, made out in such detail as the Contractor and Subcontractor may agree upon or as required by the Owner, and supported by such evidence as the Contractor may direct. In applying for payment, the Subcontractor shall submit statements based upon this schedule.

6.1.4    The Subcontractor shall furnish to the Contractor periodic progress reports on the Work of this Subcontract as mutually agreed, including information on the status of materials and equipment which may be in the course of preparation or manufacture.

6.1.5    The Subcontractor agrees that the Contractor will have the authority to reject Work which does not conform to any of the Contract Documents. Such rejected Work shall be promptly corrected or replaced by Subcontractor at Subcontractor's expense. If Subcontractor fails to commence and diligently continue correction or replacement of such rejected Work within forty-eight (48) hours' receipt of written notice from Contractor to correct or replace the rejected Work, Contractor may at its option remove and replace the rejected Work, and Subcontractor shall promptly reimburse Contractor for the costs of such removal and replacement of defective Work.

6.1.6    The Subcontractor shall pay for materials, equipment and labor used in connection with the performance of this Subcontract through the period covered by previous payments received from the Contractor, and shall furnish satisfactory evidence, when requested by the Contractor, to verify compliance with the above requirements.

6.1.7    The Subcontractor shall take necessary precautions to protect properly the Work of other Subcontractors and the Contractor and any work performed by the Owner's forces from damage caused by operations under this Subcontract.

6.1.8    The Subcontractor shall cooperate with the Contractor, other Subcontractors and the Owner's own forces whose Work might interfere with the Subcontractor's Work. The Subcontractor shall participate in the preparation of coordinated drawings in areas of congestion, if required by the Prime Contract, specifically noting and advising the Contractor of potential conflicts between the Work of the Subcontractor and that of the Contractor, other Subcontractors or the Owner's own forces.

8

S 000252

6.1.9    Subcontractor shall not subcontract performance of all or any portion of the Work under this Subcontract without first obtaining Contractor's written consent to the intended subcontracting. Contractor shall have the right to accept or reject any Sub-subcontractor proposed for the Work. Subcontractor shall furnish Contractor a copy of the proposed sub-subcontract for Contractor's review of the terms and conditions thereof. Failure of Subcontractor to comply with this section may be deemed by Contractor to be an Event of Default of this Subcontract.

6.1.10    Subcontractor guarantees that its Sub-subcontractors will comply fully with the terms of this Subcontract applicable to the portion of the Work performed by them. If any portion of the Work this has been subcontracted by Subcontractor and is not prosecuted in accordance with this Subcontract, on request of Contractor, the Sub-subcontractor shall be replaced at no additional cost to Contractor and shall not be employed again on the Work provided that Contractor has provided Subcontractor with forty-eight (48) hours' notice and an opportunity to cure any alleged failure of performance.

6.1.11    Subcontractor will perform all of the Work that falls within the general area of this Subcontract, regardless of the fact that the Work to be performed may be scattered throughout the plans and specifications, and Contract Documents, as well as all incidental work reasonably necessary to complete this Subcontract, unless otherwise expressly assigned to others by Contractor.

6.1.12    Before proceeding with its work, Subcontractor is to check all necessary measurements and the correctness of contiguous work installed or to be installed by other trades, and failure on its part to detect or report discrepancies which a reasonable subcontractor in Subcontractor's trade would have detected, will relieve Contractor of any and all claims by Subcontractor to recover cost, expense or damage resulting therefrom.

6.1.13    As used in this Article 6 the term "Subcontract" shall include purchase orders of the general types designated from time to time by Contractor in advance for materials or equipment for the Work, and the term "Subcontractor" shall include vendors of such material or equipment.

### 6.2    CLEANING UP

6.2.1    Subcontractor shall at all times keep its work area in a neat, clean and safe condition and remove from the site and the vicinity thereof and properly dispose of all debris and rubbish caused by Subcontractor's operations. Upon completion of the Work, Subcontractor shall promptly return unused materials furnished by Contractor and remove from Contractor's premises all of Subcontractor's equipment, material, scaffolding the like items, leaving contractor's premises and the vicinity clean, safe and ready for use.

6.2.2    In the event Subcontractor shall fail to maintain its work area as described above in a manner satisfactory to Contractor, or to effect such cleanup or removal within forty-eight (48) hours after receipt of written notice to do so, Contractor shall have the right without further notice to Subcontractor to perform such cleanup and remove such items on behalf of, at the risk of and at the expense of Subcontractor. Contractor may store items removed at a place of its choosing on behalf of Subcontractor and at subcontractor's risk and expense. Contractor shall promptly notify Subcontractor of such place of storage. Subcontractor shall promptly reimburse Contractor for the costs of such cleanup, removal and storage.

### 6.3    PROTECTION OF MATERIALS, EQUIPMENT AND WORK.

6.3.1    Subcontractor shall at all times in accordance with the best practices and at no additional cost to Contractor, preserve and protect material and equipment used by Subcontractor in the execution of the Work from damage or loss due to weather, fire, theft, unexplained disappearance or other similar casualty.

6.3.2    Subcontractor shall at all times in accordance with the best practices and at no additional cost to Contractor, protect from damage due to Subcontractor's operations, equipment and

9

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000253

materials (whether stored or installed), paving, structures and any and all other items on the project belonging to Contractor, members, tenants, invitees or others.

6.3.3    Contractor shall not be responsible for any loss suffered by Subcontractor or of any other Subcontractor, and Subcontractor assumes responsibility for any such loss or damage and for any cost of repairing, making good, or replacing any such loss or damage that may be directed by Contractor.

### 6.4    WARRANTY

6.4.1    Subcontractor guarantees and warrants that its Work shall comply strictly with the provisions of this Subcontract; the Contract Documents, and all specifications and drawings referred to in this Subcontract or thereafter furnished by Contractor, and that the Work shall be highest quality in every particular and free from defects in materials and workmanship and in any design or engineering furnished by or on behalf of Subcontractor. Subcontractor further guarantees Contractor that all materials, equipment and supplies furnished by or on behalf of Subcontractor for the Work shall be new, merchantable, of the most suitable grade and fit for their intended purposes. Without limitations of any other rights or remedies of Contractor, if any defect in the Work in violation of the foregoing guarantees arises within the period set forth below, Subcontractor shall, upon receipt of written notice of such defect, promptly furnish, at no cost to Contractor, labor, equipment, materials and reimbursement of fees for design and engineering necessary to correct such defect and cause the Work to comply fully with the foregoing guarantees.

6.4.2    The start date of the warranty will commence on the date of substantial completion of the entire Project and specific acceptance of the work performed under this Subcontract. This warranty is in addition to the other remedies Contractor has under this Subcontract and Hawaii law. The sample warranty is attached as Exhibit D.

6.4.3    Labor, equipment, materials and design and engineering (if any) furnished by or on behalf of Subcontractor pursuant to this Subcontract to correct defects, shall be guaranteed by Subcontractor for a period of twelve (12) months from the date of completion of the correction, or for the remainder of the guarantee period set forth elsewhere in this Subcontract or the Subcontract Documents, whichever is longer. If any of the Contract Documents require a warranty longer than the warranty period provided herein, then the longer warranty period shall automatically apply.

6.4.4    In the event Subcontractor shall have been notified in writing of any defects in the Work in violation of Subcontractor's foregoing guarantees and shall fail to adequately correct such defects within 14 calendar days of written notice from Contractor, Contractor shall have the right to correct or to have such defects corrected for the account of Subcontractor, and Subcontractor shall promptly pay Contractor the costs incurred in correcting such defects, including all attorneys' fees and costs.

6.4.5    Subcontractor warrants to Owner and Contractor that all materials and equipment furnished shall be new unless otherwise specified and that all work under this Agreement shall be of good quality, free from faults and defects and in conformance with the Contract Documents. All work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. The warranty provided in this Article 6 all be in addition to and not in limitation of any other warranty or remedy required by law or by the Contract Documents.

### 6.5    SUBCONTRACTOR'S CONSTRUCTION EQUIPMENT.

Construction equipment obtained or furnished by Subcontractor which is to be used by Subcontractor on the job site shall be in first-class operating condition, safe, fit for the uses for which intended, and suitable for the safe, legal and efficient performance of the Work. Such equipment may be subject to inspection from time to time by Contractor. Any such equipment of Subcontractor which is rejected by Contractor as not conforming with the foregoing shall be promptly removed by Subcontractor and replaced with equipment acceptable to Contractor, without additional cost to Contractor and without delaying the schedule for performance of the Work by Subcontractor.

10

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000254

6.6    **SUBCONTRACTOR'S PERSONNEL.**

6.6.1    Subcontractor shall provide an adequate number of qualified and competent supervisory staff, craftpersons and other personnel to perform the Work. At all times during the course of the Work, Subcontractor shall provide at the job site a qualified, competent and responsible supervisor who shall be satisfactory to Contractor. Subcontractor shall furnish Contractor a copy of the authorization. Subcontractor shall not transfer or remove any of its supervisory or key personnel from performance of Work without the prior written approval of Contractor, and Contractor agrees that such written approval shall not be unreasonably withheld.

6.6.2    Any employee of Subcontractor or any of its Subcontractors deemed by Contractor, in Contractor's sole judgment, to be objectionable shall be removed from the job site immediately upon contractor's request and shall be promptly replaced by Subcontractor at no extra expense to Contractor.

6.6.3    If requested by Contractor, Subcontractor shall furnish it with the names and addresses of Subcontractor's Subcontractors, and others who have performed or are performing the Work hereunder.

6.6.4    Subcontractor shall comply fully with Contractor's Job Site Rules and Regulations as amended by Contractor from time to time.

## ARTICLE 7

### TIME

7.1    Time is of the essence of this Subcontract. Subcontractor shall provide Contractor with scheduling information and a proposed schedule for performance of his work in a form acceptable to Contractor. Subcontractor shall conform to Contractor's progress schedule and all revisions or changes made thereto. Subcontractor shall prosecute his work in a prompt and diligent manner in accordance with Contractor's progress schedule without delaying or hindering Contractor's work or the work of other contractors or subcontractors. Subcontractor shall coordinate the work covered by this agreement with that of all other contractors, subcontractors, and of the Contractor, in a manner that will facilitate the efficient completion of the entire work. In the event Subcontractor fails to maintain his part of the Contractor's schedule, he shall, without additional compensation, accelerate the work as Contractor may direct until Subcontractor's work is in accordance with such schedule. Contractor shall have control of the premises on which the work is to be performed and shall have the right to decide the time and order in which various portions of the work shall be installed and the relative priority of the work of Subcontractor and other subcontractors, and, in general, all other matters, pertaining to the timely and orderly conduct of the work of Subcontractor on the premises.

7.2    Should Subcontractor be delayed in the prosecution or completion of the work by the act, neglect or default of Owner, Architect or Contractor, or should Subcontractor be delayed waiting for materials, if required by this Subcontract to be furnished by Owner or Contractor, or by damage caused by fire or other casualty for which Subcontractor is not responsible, or by the combined action of the workmen, in no way caused by or resulting from fault or collusion on the part of Subcontractor, or in the event of a lock-out by Contractor, then the time herein fixed for the completion of the work shall be extended the number of days the Subcontractor has thus been delayed, but no allowance or extension shall be made unless a claim therefore is presented in writing to Contractor within 48 hours of the commencement of such delay, and under no circumstances shall the time of completion be extended to a date which will prevent Contractor from completing the entire project within the time allowed Contractor for such completion. Subcontractor agrees that the provisions of this section regarding the submission of claims are material and further agrees that they may not be waived and/or excused unless in a writing signed by an officer of Contractor.

11

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\#### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000255

7.3 No claims for additional compensation or damages for delays, whether caused in whole or in part by any conduct on the part of Contractor, including, but not limited to, conduct amounting to a breach of this Agreement, or delays by other subcontractors or Owner, shall be recoverable from Contractor; and the above-mentioned extension of time for completion shall be the sole remedy of Subcontractor; provided, however, that in the event Contractor obtains additional compensation from Owner on account of such delays, Subcontractor shall be entitled to such portion of the additional compensation so received by Contractor from Owner as is equitable under all of the circumstances. In the event that Contractor prosecutes a claim against Owner for additional compensation for any delay, Subcontractor shall cooperate fully with Contractor in the prosecution thereof and shall pay all costs and expenses incurred in connection therewith, including Contractor's actual attorney's fees, to the extent that said claim is made by Contractor at the request of Subcontractor.

7.4 Subcontractor shall prepare and obtain approval as required by the Contract Documents for all shop drawings, details, samples, and do all other things necessary and incidental to the prosecution of his work in conformance with Contractor's progress schedule.

7.5 If the time periods in the Prime Contract or any other Contract Document are shorter for the giving of any notices than the comparable provisions of this Subcontract, then the shorter period shall govern.

Liquidated damages for delay, if provided for in this subcontract, shall be assessed against the Subcontractor to the extent caused by the Subcontractor, the Subcontractor's employees and agents, Sub-Subcontractors, supplies or any person or entity for whose acts the Subcontractor may be liable.

### ARTICLE 8

### LAWS, PERMITS, FEES AND SAFETY

**8.1 COMPLIANCE WITH LAWS**

8.1.1 The Subcontractor shall give all notices and comply with all laws, ordinances, rules, regulations and orders of all public authorities bearing on performance of the Work of this Subcontract. The Subcontractor shall secure and pay for permits and governmental fees, licenses and inspections necessary for proper execution and completion of the Subcontractor's Work, the furnishing of which is required of the Contractor by the Prime Contract.

8.1.2 The Subcontractor shall comply with all Federal, state and local tax laws, social security acts, unemployment compensation acts and workers' or workmen's compensation acts insofar as applicable to the performance of this Subcontract.

8.1.3 Subcontractor warrants that included in the Subcontract Price are all costs and expenses necessary to comply with all legal requirements. Performance of the work according to all such applicable requirements is an express condition of this Subcontract. Failure to abide by these safety provisions will constitute an Event of Default on the part of the Subcontractor and Contractor can, at its discretion, exercise any of the remedies provided in this Subcontract and/or require Subcontractor to correct any safety deficiency. The cost to correct such deficiency shall be to the subcontractor's sole account.

**8.2 SAFETY PRECAUTIONS AND PROCEDURES**

8.2.1 Safety Administration. Safety is of the essence of this Subcontract. Subcontractor shall be solely and completely responsible for working conditions and the safety of all persons and property in areas where Subcontractor is performing the Work. Subcontractor shall conduct weekly safety meetings for its employees and insure that Subcontractor's Sub-subcontractors conduct safety meetings for their employees.

8.2.2 Safety Rules. Subcontractor is solely responsible for assuring that all of its Work, materials, equipment and procedures shall be in accordance with all Federal, State, County, City or local safety requirements, laws, rules, and regulations. Subcontractor shall perform the Work in accordance with all

12

S 000256

applicable laws, regulations, orders, standards and interpretations promulgated under OSHA as of the date of this Subcontract or such other similar acts as adopted by the State of Hawaii. Subcontractor shall defend, indemnify, and hold harmless Contractor and its agents, directors, officers, members and tenants from any and all loss, damages, expenses (including, but not limited to, attorney's fees and expenses), liabilities, fines, penalties and awards, resulting from any litigation or any claim, arising from subcontractor's violation of such requirements, laws, rules, and regulations, including those of OSHA, including any claims made by any Owner, member, tenant, licensee, agent or employee of Contractor or Subcontractor, its Subcontractors and vendors, by reason of any personal injury, death or property damage which results from Subcontractor's violation of such requirements, or under claims for peculiar risk of harm.

       8.2.3    Safety Equipment. Subcontractor shall provide each of Subcontractor's employees and insure that each of Subcontractor's Sub-subcontractors provide each of its employees with all protective equipment required by law, regulations, orders, or by nature of the Work being undertaken. Protective equipment shall be utilized at all appropriate times. Subcontractor shall insure that its field employees and the field employees of Subcontractor's Sub-subcontractors are suitably and safely attired, and that any employee not so attired is promptly removed from the job site.

       8.2.4    Safety Devices. Subcontractor shall provide, erect and maintain all necessary and required warning signals, signs, lights, barricades and fences in the area where Subcontractor is performing the Work.

       8.2.5    Safety Precautions. Subcontractor shall erect and properly maintain at all times the necessary safeguards for the protection of workers and the public as required by the conditions and progress of the Work. Subcontractor shall eliminate or abate safety hazards created by or which otherwise result from the performance of the Work, whether created by Subcontractor or one of its own Sub-subcontractors or vendors.

       8.2.6    Subcontractor's Warranty. Subcontractor warrants that included in the Subcontract Price are all costs and expenses necessary to comply with the Safety provisions set forth herein. Failure to abide by these safety provisions will constitute a material breach of the Subcontract on the part of the Subcontractor and Contractor can, at its discretion, either terminate the Subcontract under the provisions set forth under this Subcontract or stop the Work and require Subcontractor to correct any safety deficiency. The cost to correct such deficiency shall be to the subcontractor's sole account.

       8.2.7    The Subcontractor shall take reasonable safety precautions with respect to performance of this Subcontract, shall comply safety measures initiated by the Contractor and with applicable laws, ordinances, rules, regulations and orders of public authorities for the safety of persons or property in accordance with the requirements of the Prime Contract. The Subcontractor shall report to the Contractor within three days, or such shorter time as any law, rule and/or regulation might require, an injury to an employee or agent of the Subcontractor which occurred at the site.

       8.2.8    If Hazardous Materials of a type of which an employer is required by law to notify its employees are being used on the site by the Subcontractor, the Subcontractor's Sub-Subcontractors or anyone directly or indirectly employed by them, the Subcontractor shall, prior to harmful exposure of any employees on the site to such substance, give written notice of the chemical composition thereof to the Contractor in sufficient details and time to permit compliance with such laws by the Contractor, other Subcontractors and other employees on the site.

       8.2.9    In keeping with Contractor's intention to provide a safe working environment for all of its employees, Contractor has established a Substance Abuse Policy for its employees and Subcontractors working at its job sites. A copy of our Substance Abuse Policy which includes testing with reasonable cause, is available for review at the job site or Contractor's corporate office. Any employee or Subcontractor's employee found to possess, sell, or use drugs/alcohol or any controlled substance at the job site will be subject to immediate termination including for a first violation. It is the responsibility of all employees and Subcontractors to enforce this policy, including immediate termination of any individual found possessing,

13

S 000257

selling, or using drugs/alcohol while on the job site and reporting same to Contractor's President. THERE WILL BE NO EXCEPTION TO THE ABOVE ESTABLISHED POLICY.

## ARTICLE 9

### INDEMNIFICATION

9.1     With the exception that this provision shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the public policy of the State of Hawaii, Subcontractor shall indemnify, defend and hold harmless Owner and Contractor, and all of their respective officers, agents, employees, directors, property manager affiliates, parents and subsidiaries, the Architect, the Architect's Consultants and each of them (the "Indemnitees"), from any and all claims, demands, causes of action, damages, costs, expenses, actual attorney's fees, losses or liability, in law or in equity of every kind and nature whatsoever ("Claims") arising out of or in connection with Subcontractor's operations and/or performance under this Subcontract for, but not limited to:

9.1.1     Personal injury, including, but not limited to, bodily injury, emotional injury, sickness or disease, or death to persons, including, but not limited to, any employees or agents of Subcontractor, Owner, Contractor, or any other subcontractor and/or damage to property of anyone (including loss of use thereof), caused or alleged to be caused in whole or in part by any negligent act or omission of Subcontractor or anyone directly or indirectly employed by Subcontractor or anyone for whose acts Subcontractor may be liable regardless of whether such personal injury or damage is caused by an Indemnitee.

9.1.2     Penalties imposed on account of the violation of any law, order, citation, rule, regulation, standard, ordinance or statute, caused by the action or inaction of Subcontractor.

9.1.3     Infringement of any patent rights which may be brought against an Indemnitee arising out of Subcontractor's work.

9.1.4     Claims for payment and liens for labor performed, services rendered and/or materials used or furnished to be used on the job, including incidental or consequential damages resulting to any Indemnitee from such claims or liens.

9.1.5     Subcontractor's failure to fulfill any covenants set forth in the Subcontract relating to labor relations.

9.1.6     Failure of Subcontractor to comply with the insurance provisions of the Subcontract.

9.1.7     Any violation or infraction by Subcontractor of any law, order, citation, rule, regulation, standard, ordinance or statute in any way relating to the occupational health or safety of employees, including, but not limited to, safety regulations, the use of any Indemnitee's or other's equipment, hoist, elevators, or scaffolds.

The indemnification provided herein shall extend to Claims occurring after this Subcontract is terminated and/or completed as well as while it is in force. The indemnity provisions apply regardless of any active and/or passive negligent act or omission of any Indemnitee. Subcontractor, however, shall not be obligated under this Subcontract to indemnify an Indemnitee for Claims arising from the sole negligence and/or willful misconduct of an Indemnitee or their agents, employees or independent contractors who are directly responsible to an Indemnitee.

9.2     Subcontractor shall:

14
\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000258

9.2.1   At Subcontractor's own cost, expense and risk, defend all Claims that may be brought or instituted by third persons, including, but not limited to, governmental agencies or employees of Subcontractor, against any Indemnitee;

9.2.2   Pay and satisfy any judgment or decree that may be rendered against any Indemnitee or their agents or employees, or any of them, arising out of any such Claim; and/or

9.2.3   Reimburse any Indemnitee for any and all legal expense incurred by any of them in connection herewith or in enforcing the indemnity granted in this Indemnification Rider.

9.3   Hazardous Material Indemnity.

9.3.1   Subcontractor and its Sub-subcontractors shall use, handle, transport and dispose of all Hazardous Materials (as defined below) in compliance with all federal, state and local environmental, health or safety laws, including, but not limited to, all statutes, regulations, rules, ordinances, codes, and rules of common law. Subcontractor further agrees that Subcontractor and Sub-subcontractors shall not cause the discharge, release or disposal of any Hazardous Material on the job site. Subcontractor and its Sub-subcontractors shall, upon completion of performance of all duties under this Subcontract, remove all supplies, materials and waste containing any Hazardous Material from the job site. Subcontractor shall bear full financial responsibility, as between the parties of this Subcontract, for the compliance of Subcontractor and its Sub-subcontractors with the provisions of this paragraph. Should Subcontractor or its Sub-subcontractors discharge, release or dispose of any Hazardous Material on the site in violation of this paragraph, Subcontractor shall immediately so inform Contractor in writing. In the event Subcontractor or its Sub-subcontractors encounter on the site any pipeline, underground storage tank or other container, of any kind, that may contain a Hazardous Material, or encounter material reasonably believed to be a Hazardous Material, Subcontractor shall immediately stop work in the area affected and report the condition to Contractor in writing. Should Subcontractor or its Sub-subcontractors fail to take immediate steps to comply with the requirements of this paragraph upon notice from Contractor, Subcontractor shall be in default of this Subcontract. Subcontractor shall indemnify the Indemnitees as provided in this Indemnification Rider for any Claims (defined above) arising out of its breach of this provision.

9.3.2   "Hazardous Material" means any substance:  (i) the presence of which requires investigation or remediation under federal, state or local statute, regulation, ordinance, rule, code, order, action, policy or common law, or (ii) defined as a "hazardous waste, "hazardous substance," pollutant or contaminant under any federal, state or local statute, regulation, ordinance or amendments thereto including, without limitation, the Comprehensive Environmental Response Compensation and Liability Act (42 U.S.C. Sections 9601 et seq.) and/or the Resource Conservation and Recovery Act (42 U.S.C. Section 6901 et seq.); or (iii) which is toxic, explosive, corrosive, flammable, infectious, radioactive, carcinogenic, mutagenic, or otherwise hazardous and regulated by any governmental authority, agency, department, commission, board, agency or instrumentality of the United States, the State or any political subdivision thereof; or (iv) the presence of which on the Property causes or threatens to cause a nuisance upon the Property or to adjacent properties or poses or threatens to pose a hazard to the health or safety of persons on or about the Property; or (v) which contains gasoline, diesel fuel or other petroleum hydrocarbons; or (vi) which contains polychlorinated biphenyls (PCBs), asbestos or urea formaldehyde form insulation.

9.3.3   All work covered by this Agreement done at the site or in preparing or delivering materials or equipment, or any or all of them, to the site shall be at the risk of Subcontractor exclusively until the completed work is accepted by Contractor.

9.3.4   The indemnities set forth in this provision shall not be limited by the insurance requirements of the Subcontract.

9.3.5   Subcontractor acknowledges specific payment of $10.00 incorporated into the Subcontract Price as legal consideration of Subcontractor's indemnity under this Article and all other Indemnities as may be provided in the Subcontract.

15

S 000259

## ARTICLE 10

### CHANGES IN THE WORK

10.1     Subcontractor shall make any and all changes in the work described in the Contract Documents and this Subcontract as directed by Contractor in writing. Such change or written direction shall not invalidate this Subcontract.

10.2     If necessary, the Subcontract Price stated in this Subcontract and the time for Subcontractor's performance shall be adjusted by appropriate additions or deductions mutually agreed upon before Subcontractor performs the changed work. Subcontractor shall supply Contractor with all documentation necessary to substantiate the amount to or deduction from the price or time. If Contractor and Subcontractor cannot agree on the amount of the addition or deletion, Subcontractor shall nonetheless timely perform the work as changed by Contractor's written direction. Once Subcontractor receives Contractor's written direction, Subcontractor is solely responsible for timely performance of the work as changed by the written direction.

10.3     Payment for changed work shall be made as provided in Article 10.

10.4     Subcontractor shall not make any changes in the work described in this Subcontract or in any way cause or allow that work to deviate from the Contract Documents without written direction from Contractor. If Subcontractor makes any changes in the work described in this Subcontract without written direction from Contractor, such change constitutes an agreement by Subcontractor that he will not be paid for that changed work, even if he received verbal direction, written or otherwise, from Owner or any other person or entity. In addition, Subcontractor shall be liable for any and all losses, costs, expenses, damages, and liability of any nature whatsoever associated with or in any way arising out of any such change he makes without written direction from Contractor.

10.5     If a dispute arises between Contractor and Subcontractor about whether particular work is a change in the work, Subcontractor shall timely perform the disputed work and give written notice of any claim for additional compensation for that work. Such written notice of claim must be given within ten (10) days after such work is performed. Subcontractor's failure to perform the work and give written notice within ten (10) days constitutes Subcontractor's agreement that it will not be paid for the disputed work. Subcontractor agrees that the provisions of this section regarding the submission of claims are material and further agrees that they may not be waived and/or excused unless in a writing signed by an officer of Contractor.

10.6     No change, alteration, or modification to or deviation from the Subcontract, the Contract Documents, Prime Contract, plans, or specifications, whether made in the manner provided in this provision or not, shall release or exonerate, in whole or in part, any bond or any surety on any bond given in connection with the Subcontract, and no notice is required to be given to such surety of any such change, alteration, modification, or deviation.

## ARTICLE 11

### TERMINATION, SUSPENSION OR ASSIGNMENT
### OF THE SUBCONTRACT

#### 11.1     TERMINATION BY THE CONTRACTOR

11.1.1   If the Subcontractor fails to correct or commence and satisfactorily continue to correct an Event of Default within forty-eight hours after receipt of written notice to commence and continue correction of such Event of Default, the Contractor may, without prejudice to any other remedy the Contractor may have, terminate the Subcontract and finish the Subcontractor's Work by whatever method the Contractor

16

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

may deem expedient. If the unpaid balance of the Subcontract Sum exceeds the expense to Contractor including fifteen percent (15%) for overhead, ten percent (10%) for profit and attorneys' fees and all costs of finishing the Subcontractor's Work, such excess shall be paid to the Subcontractor, but if such expenses exceed the unpaid balance, the Subcontractor shall pay the difference to the Contractor.

**11.2    TERMINATION FOR CONVENIENCE**

Contractor may at any time and for any reason terminate Subcontractor's services and work at Contractor's convenience. Cancellation shall be by service of written notice to Subcontractor's place of business. Upon receipt of such notice, Subcontractor shall, unless the notice directs otherwise, immediately discontinue the work and placing orders for materials, facilities and supplies in connection with the performance of the Subcontract, and shall, if requested, make every reasonable effort to procure cancellation of all existing orders or contracts upon terms satisfactory to Contractor, or at the option of Contractor, give Contractor the right to assume those obligations directly, including all benefits to be derived therefrom. Subcontractor shall thereafter do only such work as may be necessary to preserve and protect the work already in progress and to protect material and equipment on the job site or in transit thereto. Upon such termination, Subcontractor shall be entitled to payment only as follows: (i) the actual cost of the work completed in conformity with the Subcontract; plus, (ii) such other costs actually incurred by Subcontractor as are permitted by the prime contract and approved by Owner; plus (iii) fifteen percent (15%) of the cost of the work referred to above in this paragraph for overhead and profit. There shall be deducted from such sums as provided in this subparagraph the amount of any payments made to Subcontractor prior to the date of the termination of the Subcontract. Subcontractor shall not be entitled to any claim or claim of lien against Contractor or Owner for any additional compensation or damages in the event of such termination and payment.

**11.3    ASSIGNMENT OF THE SUBCONTRACT BY CONTRACTOR**

11.3.1    In the event of termination of the Prime Contract by the Owner, the Contractor may assign this Subcontract to the Owner, with the Owner's agreement, subject to the provisions of the Prime Contract and to the prior rights of the surety, if any, obligated under bonds relating to the Prime Contract. Subcontractor's consent shall not be required.  If the Work of the Prime Contract has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted.

<u>**ARTICLE 12**</u>

**DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION**

12.1    The Subcontractor's date of commencement is the date from which the Subcontract Time is measured.  It shall be the date of the Subcontract, as first written above, unless a different date is stated below or a date is fixed in a Notice to Proceed issued by the Contractor.

12.2    Unless the date of commencement is established by a Notice to Proceed issued by the Contractor, or the Contractor has commenced visible Work at the site under the Prime Contract, the Subcontractor shall notify the Contractor in writing not less than five days before commencing the Subcontractor's Work to permit the timely filing of mortgages, mechanic's liens and other security interests.

12.3    The Work of this Subcontract shall be completed in accordance with Saarman's schedule, subject only to written adjustments of this Subcontract Time as provided in the Contract Documents.

12.4    Any extension of time is expressly subject to the provisions of Article 7.

12.5    **If the Work of this Subcontract has not been completed according to construction schedule provided by Saarman Construction, Ltd titled Exhibit E, for reasons other than those described in Section 7.2 above, then Subcontractor shall pay to Contractor the sum of <u>Five Hundred Dollars</u> ($500.00) per day / per building for each building, as well as an additional $500 / per day**

17

S 000261

**from the final project completion date as set forth in the future final construction schedule,** as extended pursuant to Section 7.2, which amount is liquidated damages representing Contractor's cost of debt service and other carrying costs of the Project plus Contractor's lost profits resulting from the fact that the Project is not completed by the Completion Date. Contractor and Subcontractor agree that the foregoing amount is a reasonable estimate of the actual damages that will be sustained by Contractor if the Project is not completed by the Completion Date. Contractor and Subcontractor agree that it will be impracticable or extremely difficult to fix the actual damages sustained by Contractor if the Project is not Substantially Complete by the Completion Date. Therefore, Contractor and Subcontractor agree that the foregoing amount represents a reasonable estimate of the amount of damages, and Contractor shall be entitled to recover such amount as liquidated damages. Both parties acknowledge and agree that said amount is presently a reasonable sum considering all of the circumstances existing on the date of this Subcontract, including the relationship of the sum to the range of harm to Contractor that reasonably could be anticipated, and that proof of actual damages would be costly and extremely difficult or impracticable. The liquidated damages recoverable hereunder due to late Substantial Completion of the Project shall be Contractor's sole and exclusive remedy if the Project is not Substantially Complete by the Completion Date; provided, however, that said liquidated damages shall be Contractor's sole and exclusive remedy only for late Substantial Completion of the Project, and shall not be liquidated damages for any breach by Subcontractor of any other provision of this Subcontract.

## ARTICLE 13

### PROGRESS PAYMENTS

13.1     Based upon applications for payment submitted to the Contractor by the Subcontractor, corresponding to Applications for payment submitted by the Contractor to the Architect, and Certificates for Payment issued by the Architect, the Contractor shall make progress payments on account of the Subcontract Sum to the Subcontractor as provided below and elsewhere in the Subcontract Documents.

13.2     The period covered by each application for payment shall be one calendar month ending on the last day of the month, or as follows:

13.3     Provided an application for payment is received by the Contractor not later than the 25th day of a month, the Contractor shall include the Subcontractor's Work covered by that application in the next Application for Payment which the Contractor is entitled to submit to the Architect. The Contractor shall pay the Subcontractor each progress payment within ten working days after the Contractor receives payment from the Owner.

13.4     If an application for payment is received by the Contractor after the application dated fixed above, the Subcontractor's Work covered by it shall be included by the Contractor in the next Application for Payment submitted to the Architect.

13.5     Each application for payment shall be based upon the most recent schedule of values submitted by the Subcontractor in accordance with the Subcontract Documents. The schedule of values shall allocate the entire Subcontract Sum among the various portions of the Subcontractor's Work and be prepared in such form and supported by such data to substantiate its accuracy as the Contractor may require. This schedule, unless objected to by the Contractor, shall be used as a basis for reviewing the Subcontractor's applications for payment.

13.6     Applications for payment submitted by the Subcontractor shall indicate the percentage of completion of each portion of the Subcontractor's Work as of the end of the period covered by the application for payment.

13.7     Subject to the provisions of the Contract Documents, the amount of each progress payment shall be computed a follows:

18

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000262

13.7.1   Take the portion of the Subcontract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Subcontractor's Work by the share of the total Subcontract Sum allocated to that portion of the Subcontractor's Work in the schedule of values, less 10% or that percentage actually retained, if any, from payments to the Contractor on account of the Work of the Subcontractor;

13.7.2   Add that portion the Subcontract Sum properly allocable to materials and equipment delivered and suitably stored at the site by the Subcontractor for subsequent incorporation in the Subcontractor's Work or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing, less 10% or the same percentage retainage required by the Prime Contract to be applied to such materials and equipment in the Contractor's Application for Payment;

13.7.3   Subtract the aggregate of previous payments made by the Contractor; and

13.7.4   Subtract amounts, if any, calculated under Subparagraphs 13.7.1 or 13.7.2 which are related to Work of the Subcontractor for which the Architect has withheld or nullified, in whole or in part, a Certificate of Payment for a cause which is the fault of the Subcontractor.

13.8   Subcontractor acknowledges that Contractor's sole source of funds from which to pay Subcontractor is payments from Owner. Subcontractor therefore agrees that an Express Condition Precedent to Contractor's obligation to pay Subcontractor is receipt of funds from Owner and that Contractor shall have no obligation to pay Subcontractor unless and until Contractor has received payment from Owner on account of the specific work for which Subcontractor seeks payment

13.9   Contractor shall have no obligation to make any payment to Subcontractor until each of the following conditions precedent have been satisfied with respect to the payment requested:

13.9.1   Contractor shall have received from Owner funds sufficient to pay all of Contractor's then unpaid obligations relating to the project. Contractor will be paid for work performed on the project only from monies received from Owner, and if funds so received are not sufficient, the amounts then due to Subcontractor shall be reduced to the amount then allowed to Contractor by or in connection with Subcontractor's work, and the unpaid portion (to the extent sufficient funds are so received from Owner) shall be paid, without interest, concurrently with the retention.

13.9.2   Contractor shall not then be involved in a dispute with owner regarding funds payable in connection with Subcontractor's work. In the event such a dispute occurs, and the funds ultimately collected are reduced by reason of any claim regarding work, damages and/or delay in whole or in part allegedly attributable to Subcontractor, the Contract Price shall be reduced by (i) a like amount plus (ii) any unreimbursed attorneys fees, expert witness fees, expenses and costs of suit incurred by Contractor in collecting such funds. In no event shall Contractor be required to make and/or prosecute any claim against Owner for funds, and Subcontractor specifically agrees that Contractor's failure to make and/or prosecute any such claim shall not subject Contractor to any claim, loss or liability.

13.9.3   Contractor shall be satisfied with Subcontractor's rate of progress for completion of the work and with the quality of the work done and materials furnished by Subcontractor hereunder.

13.9.4   There shall then be no uncured Events of Defaults of Subcontractor hereunder.

13.9.5   Promptly upon any request for the same, Subcontractor shall have furnished Contractor with an affidavit in form satisfactory to Contractor, sworn by Subcontractor to be true, which shall separately state (i) all amounts then due and payable, or become due and payable within the ninety (90) days next following the date of such affidavit, by Subcontractor to suppliers of labor, materials and/or credit with respect to the work; (ii) the names and addresses of the persons or entities to whom said amounts are to be paid; and (iii) such other information regarding Subcontractor's then financial condition as Contractor may require.

19

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000263

13.9.6   All payments made hereunder shall be deemed received by Subcontractor in trust for the express purpose of paying in full without delinquency. All costs of labor, materials and/or services then incurred by Subcontractor in performing work pursuant to this Agreement. Subcontractor shall promptly pay off such costs and shall not use the sums paid hereunder for the payment of the general creditors of Subcontractor or for any other purpose until Subcontractor has first paid such costs. Subcontractor shall not assign or attempt to assign to any person or entity, in any manner or at any time, the right to receive all or any portion of the Subcontract Price without the prior written consent of Contractor, and no such assignment shall be binding on Contractor unless and until the same is agreed to in writing by Contractor. On demand, Subcontractor shall furnish to Contractor proof of payment of such costs satisfactory to Contractor, and further payment to Subcontractor pursuant hereto shall be suspended until receipt of such proof without relieving Subcontractor of any duty hereunder. As used herein the term "cost of labor" shall include all employee wages, benefits and taxes and other deductions required by law, including payment to labor union trust funds.

13.9.7   Submission by Subcontractor of a payment application shall constitute a representation that all work for which compensation is sought has been performed in strict accordance with the Contract Documents and has been inspected by Subcontractor's supervision for the job. All payment application shall be accompanied by a fully completed Quality Control Sheet in a form approved by Contractor.

13.9.8   Submission by Subcontractor of the supporting documentation as may be required by Contractor, Owner, Architect, or any construction lender which has provided financing in connection with the work pursuant to the Prime Contract including, but not limited to, copies of requisitions from Subcontractors and material suppliers, payroll affidavits, receipts and vouchers, and conditional lien releases for the Current Month and unconditional lien releases for all work completed prior to the Current Month executed by all persons and companies who might have mechanic's lien, stop notice or labor and material bond rights against the project and arising out of work performed under the Subcontract. Contractor may prepare and issue a joint check for the amount(s) indicated.

## ARTICLE 14

### LIENS

14.1   Subcontractor shall, at all times, prevent the filing, recording or perfecting of any mechanics liens or similar claims for payment which may affect Owner or the project and which arise out of Subcontractor's work.

14.2   Within ten (10) calendar days after written demand, Subcontractor shall cause the effect of such mechanics liens or similar claims to be removed from the project. Nothing contained herein shall limit Subcontractor's right to defend against any such claim or lien, provided it first both causes the effect thereof to be removed from the project and does any other act necessary to prevent Owner from withholding any monies from Contractor by reason thereof. Subcontractor shall timely prosecute any such defense and shall immediately pay and satisfy any lien, claim or judgment which is established or awarded notwithstanding such defense.

14.3   It is understood and agreed that the full and faithful performance of this Agreement on the part of Subcontractor (including the payment of any obligations due from Subcontractor to Contractor, and any amounts due to labor or materialmen furnishing labor or material for said work) is a condition precedent to Subcontractor's right to receive payment for the work performed, and any monies paid by Contractor to Subcontractor under the terms of this Agreement shall be impressed with a trust in favor of labor and materialmen furnishing labor and material to Subcontractor on the work herein subcontracted.

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000264

## ARTICLE 15

### FINAL PAYMENT

15.1      Final payment, constituting the entire unpaid balance of the Subcontract Sum, shall be made by the Contractor to the Subcontractor when the Subcontractor's Work is fully performed in accordance with the requirements of the Contract Documents, as the Architect has issued a Certificate for Payment covering the Subcontractor's completed Work and the Contractor has received payment from the Owners.

Subject to all conditions in Article 13 above including the condition precedent that Owner has paid Contractor, the removal of all grounds for withholding payment by Contractor, the delivery by Subcontractor to Contractor of (i) Subcontractor's signed Guarantee, (ii) record set of plans with supporting documentation, (iii) operation and maintenance manuals required by the Contract Documents, and (iv) satisfactory proof that all claims, including taxes, growing out of the work hereunder (and any liens related thereto) have been released including, specifically, Contractor's receipt of fully executed lien releases from Subcontractor and all of its Sub-subcontractors and material suppliers involved in its Work, the balance owing to Subcontractor under the terms of this Subcontract shall be due and payable thirty-five (35) days after completion and acceptance of the entire project and ten (10) days after receipt of same from Owner. Final payment may, at Owner's or Contractor's option, be made in the form of checks made jointly payable to Subcontractor and any Sub-subcontractor, materialman, laborer or supplier entitled to payment out of the funds of the final payment.

## ARTICLE 16

### BONDS

Concurrently with the execution of the Subcontract. Subcontractor shall, if required by Contractor, execute a labor and material bond and performance bond, in an amount equal to one hundred percent (100%) of the Contract Price. Said bonds shall be executed by a corporate surety acceptable to Contractor and shall be in a form satisfactory to Contractor. Contractor shall pay the premium on said bonds unless otherwise provided herein or in the Contract Documents.

## ARTICLE 17

### INSURANCE

17.1      Subcontractor shall, at its own expense, maintain in effect at all times during the performance of the work under the contact and for a period of ten years from substantial completion of the Project not less than the following coverage and limits of insurance which shall be maintained under forms of policies and from companies satisfactory to the Saarman Construction, Ltd.. The insurance company must have a financial rating of at least A-VII as defined by A.M. Best Company. Copies of policies shall be provided to Saarman Construction, Ltd. when requested.

17.2      **Workers' Compensation and Employers Liability Insurance**

17.2.1   Workers' Compensation insurance shall be provided as required by any applicable law or regulation.

17.2.2   Employers Liability insurance shall be provided in amounts not less than:
$1,000,000 each accident for bodily injury by accident

$1,000,000 policy limit for bodily injury by disease

$1,000,000 each employee for bodily injury by disease

21

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000265

17.2.3    A waiver of subrogation endorsement is required.

### 17.3    General Liability Insurance

Subcontractor shall carry Commercial General Liability insurance covering operations by or on behalf of Subcontractor, providing insurance for bodily injury liability and property damage liability for the limits of liability indicated below and including coverage for:

(a)    Premises and operations
(b)    Products and completed operations
(c)    Contractual liability insuring the obligations assumed by Subcontractor in this Agreement
(d)    Broad form property damage (including completed operations)
(e)    Personal injury liability
(f)    Explosion, collapse, underground and subsidence hazards
(g)    A waiver of Subrogation endorsement is required

### 17.4    Limits of Liability

17.4.1    On Subcontractor's Occurrence form Commercial General Liability policy, the limits of liability shall be not less than:

$1,000,000 each occurrence (combined single limit for bodily injury and property damage)

$1,000,000 for personal injury liability

$2,000,000 aggregate for products-completed operations

$2,000,000 General Aggregate

The "general aggregate" limit shall apply separately to Subcontractor's work under this contract.

17.4.2    The following coverage form is required:  Commercial General Liability (Occurrence)

17.4.3    A "claims made" policy form is not acceptable.

17.4.4    A "modified occurrence" policy is not acceptable.

17.4.5    No self-insured retention shall be permitted and the deductible shall not exceed $10,000.

17.4.6    If any of the Contract Documents require higher limits of liability than those set forth herein, the higher limits shall apply.

### 17.5    Additional Insured Endorsement

17.5.1    The Commercial General Liability policy shall include a provision or endorsement signed by the insurance carrier issuing the policy naming **Saarman Construction, Ltd.** and its Officers, Owners and Employees, the Owner(s), **AOAO of the Golf Villas at Mauna Lani Resort, Inc.** and all of its directors, property managers, employees, agents and representatives, including Architect, **Posard Broek & Associates, Inc.** and all additional parties named in Article 9 of the Subcontract as additional insureds with respect to liabilities arising out of Subcontractor's performance of the work under this Contract. The policy shall be endorsed to stipulate that the insurance afforded the additional insureds shall apply as primary insurance and that any other insurance maintained by Contractor or Owner shall be excess only and shall not be called upon to contribute with this insurance.  The aforementioned endorsement shall include operations and products completed operation coverage.

22

S 000266

17.5.2    Severability of Interest.  The General Liability policy shall respond separately to each named insured on the project.

### 17.6    Automobile Liability Insurance

17.6.1    Subcontractor shall carry Automobile Liability insurance, including coverage for all owned, hired and non-owned automobiles.

17.6.2    The limits of liability shall be not less than $1,000,000 combined single limit each accident for bodily injury and property damage.

### 17.7    Property and Equipment Insurance

17.7.1    Subcontractor is solely responsible for its own work and equipment.
17.7.2    Subcontractor shall insure, secure and protect its equipment, work and material from damage until final acceptance by the Owner.

17.7.3    The Subcontractor shall be solely responsible for any loss or damage to r respective work, materials, or construction until final acceptance by the Owner.

### 17.8    Certificates of Insurance

17.8.1    Certificates of Insurance, as evidence of the insurance required by this Agreement, shall be furnished by Subcontractor to Saarman Construction, Ltd. before any work is commenced by Subcontractor. All such certificates shall have any required endorsements attached to them and shall be signed by the carrier issuing the policy and/or its duly authorized representative.  By providing such certificates and/or endorsements Subcontractor is warranting and representing to Contractor that they have been issued in accordance with all the requirements of this Subcontract.

17.8.2    The Certificates of Insurance shall provide that there will be no cancellation or reduction of coverage without thirty days (30) prior written notice to Saarman Construction, Ltd..

17.8.3    Certificates, including all additional insured endorsements, shall be furnished for ten (10) years following completion of the work.

17.8.4    Any deductibles must be declared to and approved by Saarman Construction, Ltd.

### 17.9    Insurance Requirements for Tier Subcontractors

17.9.1    The Subcontractor shall ensure that all tiers of their Subcontractors shall procure and maintain insurance in like form and amounts including the Additional Insured requirements, all as set forth above.  Certificates of insurance evidencing such coverage must be provided prior to the subcontractors of any tier entering the jobsite.

### 17.10    Additional Conditions

17.10.1    In the event the Subcontractor or their respective tier subcontractor does not comply with the Insurance Requirements outlined above, Saarman Construction, Ltd. may at its option, provide such coverage to protect its interests and charge the Subcontractor for the cost of that insurance.

17.10.2    Saarman Construction, Ltd. may, at its option, withhold payment from the Subcontractor until a valid insurance certificate is furnished, or if upon receipt of a cancellation notice on a policy, until withdrawal of the notice or reinstatement of the cancelled policy.

23

S 000267

17.10.3    The failure of Saarman Construction, Ltd. to enforce in a timely manner any of the insurance requirements shall not act as a waiver of any of these provisions in the performance of the agreement between the Subcontractor and Saarman Construction, Ltd.

17.10.4    The required insurance shall be subject to the approval of Contractor, but any acceptance of insurance certificates by Contractor shall in no way limit or relieve Subcontractor of the duties and responsibilities by him in this Agreement. If higher limits or other forms of insurance are required in the Contract Documents, Subcontractor will comply with such requirements.

Waivers of Subrogation. The Contractor and Subcontractor waive all rights against (i) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (ii) theOwner, the Architect, the Architect's consultants, separate contractors, and any of their subcontractors, sub-subcontractors, agents and employees for damages caused by fire or other causes of loss to the extent covered by property insurance provided under the Prime Contract or other property insurance applicable to the Work, except such rights as they may have to proceeds of such insurance held by the Owner as a fiduciary. The Subcontractor shall require of the Subcontractor's Sub-subcontractors, agents and employees, by appropriate agreements, written where legally required for validity, similar waivers in favor of the parties enumerated herein. The policies shall provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.

## ARTICLE 18

### MISCELLANEOUS PROVISIONS

18.1    Where reference is made in the Subcontract to a provision of the General Conditions or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

18.2    Subcontractor shall use Contractor's form Subcontractor's Monthly Payment Request (attached as Exhibit B) for all monthly progress invoices and all appropriate documentation must be submitted to the Contractor's main office on or before the 25th of each month for processing as per Article 13 of the Subcontract.

18.3    Subcontractor agrees that upon partial or full payment he will deliver to Contractor the applicable form of releases of mechanics lien rights for that portion paid on the appropriate form attached as Exhibit C.

18.4    Subcontractor must obtain advance written approval to receive payment for materials or equipment delivered to the job site but not yet incorporated into the work. Payments for materials stored on or off the site shall be conditional upon submission by Subcontractor of bills of sale or such other procedures satisfactory to Owner and Lender to establish Owner's Title and to protect Owner's interest in the materials or equipment.

18.5    Subcontractor agrees to submit Certificates of Insurance as evidence of insurance coverage to the Contractor directly.

18.6    Subcontractor additionally agrees to comply with Proposition 65 regarding warnings and use of chemicals at the job site and to not discharge or cause to be discharged any chemical on the premises during the course of his work or cleaning of his equipment at the job site.

18.7    Subcontractor shall provide their injury prevention program (IPP) to Contractor at the start of the job and have weekly toolbox safety meetings with their workers and turn in copies of these reports to Contractor on a timely basis.

24

S 000268

18.8 Subcontractor agrees to attend weekly construction coordination meetings at the job site.

18.9 Subcontractor agrees to comply with Contractor's construction schedule attached as Exhibit E.

18.10 Scope shall include all unloading and hoisting of Subcontractor's own material and equipment.

18.11 Scope shall include scaffolding, high reach equipment, or platforms, as required to execute this subcontract.

18.12 Subcontractor includes complete coordination with other trades. No additional monies will be paid for extra work caused by lack of coordination.

18.13 Subcontractor includes shop drawings and submittals as required for all its work as specified by the Contract Documents.

18.14 All deliveries of materials to the job site shall be cleared with the Contractor's superintendent (minimum 48 hours notice) with respect to date, time, and unloading or storage location.

18.15 The scope of work of this Subcontract shall include all work reasonably inferable for work of this nature whether specifically shown or referenced in the Contract Documents.

Should there be picketing on Contractor's job site, and Contractor establishes a reserved gate for Subcontractor's purpose, it shall be the obligation of Subcontractor to continue the proper performance of his work without interruption or delay.

18.16 The subcontractor is to comply with the insurance requirements set forth in Exhibit F.

18.17 All Exhibits referred to herein are incorporated and expressly made a part of this Subcontract.

CONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTORS' STATE LICENSE BOARD WHICH HAS JURISDICTION TO INVESTIGATE COMPLAINTS AGAINST CONTRACTORS IF A COMPLAINT REGARDING A PATENT ACT OR OMISSION IS FILED WITHIN FOUR YEARS OF THE DATE OF THE ALLEGED VIOLATION. A COMPLAINT REGARDING A LATENT ACT OR OMISSION PERTAINING TO STRUCTURAL DEFECTS MUST BE FILED WITHIN TEN YEARS OF THE DATE OF THE ALLEGED VIOLATION. ANY QUESTIONS CONCERNING A CONTRACTOR MAY BE REFERRED TO THE REGISTRAR, CONTRACTORS' STATE LICENSE BOARD, WHOSE ADDRESS IS:

Contractor's State License Board
335 Mechant Street
Honolulu, HI 96813

## ARTICLE 19

## ENUMERATION OF SUBCONTRACT DOCUMENTS

The Subcontract Documents, except for Modifications issued after execution of the Subcontract, are set forth in Article 1 and Exhibit A.

## ARTICLE 20

25

\\X2\operations\Project Files\14511 - Golf Villas Hawaii\#### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000269

## DISPUTE RESOLUTION

20.1     Mediation. In the event of any dispute that arises out of, concerns and/or relates in any way to this Subcontract, the parties agree that, before any litigation and/or arbitration is commenced, they shall in good faith mediate the dispute before a mutually agreed upon mediator with substantial construction industry experience. Except as provided below, no litigation and/or arbitration shall be filed by either Contractor and/or Subcontractor if there has not been a good faith effort to mediate the dispute as provided herein.

20.2     Joinder. Subcontractor and Contractor agree that if Contractor and Owner are in a dispute with one another and such dispute concerns, involves and/or relates to the Work of Subcontractor under this Subcontract, that Contractor may join Subcontractor as a party to that dispute. Any such joinder shall occur in accordance with all of the rules for joinder of parties in the forum in which the dispute between Owner and Contractor is pending. The parties shall not be obligated to mediate any dispute that is subject to the mediation provision set forth above.

The Subcontract entered into as of the day and year first written above.

SUBCONTRACTOR:
OCEAN TILE, LLC

By: Wallace Defonte

Signature: Wallace Wilbert

Title: Owne.-

License: CT-20942


CONTRACTOR:
SAARMAN CONSTRUCTION, LTD.

By: Chih Cheng Tsai

Signature:

Title: VP of Operations

License: BC 32088

26
\\X2\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Ocean Tile LLC\Ocean Tile Contract 04 02 15.docv5 4215

S 000270

## EXHIBIT "A"·

### GOLF VILLAS AT MAUNA LANI
### CAPITAL IMPROVEMENT PROJECT
### 68-1122 Na Ala Hele Road
### Kamuela, Hi 96743

### CONTRACT DOCUMENTS

A.1    AGREEMENT between **AOAO of the Golf Villas at Mauna Lani Resort, Inc.** and **Saarman Construction, Ltd.**, dated **October 31, 2014**, AIA Document A102-2007

A.2    THE GENERAL CONDITIONS of the contract agreement between **AOAO of the Golf Villas at Mauna Lani Resort, Inc.** and **Saarman Construction, Ltd.**, dated **October 31, 2014**, AIA Document A201-2007

A.3    PROJECT MANUAL for the **Golf Villas At Mauna Lani Capital Improvement Project**, written by **Posard Broek + Associates**, dated **July 3, 2014**.

A.4    THE ARCHITECTURAL DRAWINGS titled **"Golf Villas At Mauna Lani Capital Improvement Project"**, written by **Posard Broek + Associates**, dated **July 3, 2014**, and is as follows:

| Sheet Number | Sheet Title |
|---|---|
| A0.00 | Title Sheet |
| A1.01 | Scope of Work |
| A1.11 | Site Plan |
| A2.11 | 5-Plex Floor Plan |
| A2.12 | 5-Plex Roof Plan |
| A2.13 | 6-Plex Floor Plan |
| A2.14 | 6-Plex Roof Plan |
| A3.11 | 5-Plex Elevations |
| A3.12 | 6-Plex Elevations |
| A4.11 | Enlarged Lanai Plans, Partial Building Elevations & Sections |
| A4.12 | Partial Building Elevations & Pool Area Plans & Elevations |
| A8.11 | Siding, Door and Window Details |
| A8.11A | Alternate Window Detail |
| A8.12 | Deck and Wall Base Details |
| A8.13 | Roof Details |
| A8.14 | Sheet Metal Flashing Details |
| A8.15 | Photos |
| A8.16 | Photos |

S 000271

Page 2 of 3

A.5    THE STRUCTURAL DRAWINGS titled "**Voluntary Structural Improvements Golf Villas of Mauna Lani Capital Improvement Projects**", written by Engineering West Consulting Engineers, Inc., dated **May 02, 2014**, and is as follows:

| Sheet Number | Sheet Title |
|---|---|
| S-0 | Cover Sheet |
| S-1 | (E) 5-plex 1st Floor Foundation Plan & 1st Story Shear Walls |
|  | (E) 5-plex 2nd Floor Framing Plan & 2nd Story Shear Walls |
| S-2 | (E) 5-plex Roof Framing Plan |
| S-3 | (E) 6-plex 1st Floor Foundation Plan & 1st Story Shear Walls |
|  | (E) 6-plex 2nd Floor Framing Plan & 2nd Story Shear Walls |
| S-4 | (E) 6-plex Roof Framing Plan |
| SD-1 | Details for New Work – Foundation, 2nd Floor and Roof |
| SD-2 | Shear Wall Schedules & Wall Construction for New and Upgrade Work |
| SD-3 | General Notes and Material Specifications for New Work |

A.6    The Specifications are those contained in the PROJECT MANUAL dated **July 3, 2014** and are as follows:

| Section Number | Section Title |
|---|---|
| **Division 1** | **General Requirements** |
| 011000 | Summary |
| 012100 | Allowances |
| 012200 | Unit Prices |
| 012300 | Alternates |
| 012500 | Substitution Procedures |
| 012600 | Contract Modification Procedures |
| 012900 | Payment Procedures |
| 013200 | Construction Progress Documentation |
| 013300 | Submittal Procedures |
| 014000 | Quality Requirements |
| 014200 | References |
| 015000 | Temporary Facilities and Controls |
| 016000 | Product Requirements |
| 017300 | Execution |
| 017700 | Closeout Procedures |
| 017823 | Operation and Maintenance Data |
| 017839 | Project Record Documents |
| **Division 2** | **Existing Conditions** |
| 024119 | Selective Demolition |
| **Division 3** | **Concrete** |
| 033053 | Miscellaneous Cast-in-Place Concrete |

S 000272

Page 3 of 3

| **Division 5** | **Metals** |
| 057300 | Decorative Metal Railings |
| | |
| **Division 6** | **Woods, Plastics, and Composites** |
| 061000 | Rough Carpentry |
| 061600 | Sheathing |
| | |
| **Division 7** | **Thermal and Moisture Protection** |
| 071416 | Cold Fluid-Applied Waterproofing |
| 072500 | Weather Barriers |
| 074646 | Fiber-Cement Siding |
| 076200 | Sheet Metal Flashing and Trim |
| 078413 | Penetrating Firestopping |
| 078446 | Fire-Resistive Joint System |
| 079200 | Joint Sealants |
| | |
| **Division 9** | **Finishes** |
| 093013 | Ceramic Tiling |
| 099113 | Exterior Paints and Stains |
| 099123 | Interior Painting |
| 099649 | Intumescent Painting |
| | |
| **Division 22** | **Plumbing** |
| 224100 | Residential Plumbing Fixtures |
| | |
| **Division 32** | **Exterior Improvements** |
| 323119 | Decorative Metal Fences and Gates |

A7.    The Addenda are as follows:

| Revision No. | Revision Title | Date |
| --- | --- | --- |
| 1 | Addendum 1 | May 1, 2014 |
| 2 | Addendum 2 | May 2, 2014 |
| 3 | Addendum 3 | May 5, 2014 |
| 4 | Addendum 4 | May 7, 2014 |
| 5 | Permit Set | July 3, 2014 |

S 000273

## EXHIBIT "B"
## SUBCONTRACTOR'S MONTHLY PAYMENT REQUEST

PAY REQUEST #:_____

TO:  SAARMAN CONSTRUCTION LTD.
683 McAllister Street
San Francisco, CA  94102
(415) 749-2700
FAX  749-2709

DATE:_____

JOB NAME:_____

JOB LOCATION:_____

SUBCONTRACT #:_____

1. BASE CONTRACT AMOUNT: $_____

% COMPLETED:_____AMOUNT:_____

2. APPROVED CHANGES:

#1_____

% COMPLETED:_____AMOUNT:_____

#2_____

% COMPLETED:_____AMOUNT:_____

#3_____

% COMPLETED:_____AMOUNT:_____

3. TOTAL CHANGE ORDERS:_____

4. TOTAL REVISED CONTRACT:_____

TOTAL
%COMPLETED_____

TOTAL
AMOUNT
DONE_____

5. LESS PREVIOUS GROSS BILLING:                    _____

6. GROSS AMOUNT BILLED THIS PERIOD:               _____

7. LESS_____% RETENTION:                        _____

8. NET AMOUNT DUE THIS PERIOD:                     _____

## FOR SUBCONTRACTOR TO FILL OUT:

SUBCONTRACTOR NAME:_____   BY:_____

NAME:_____ TITLE:_____ PHONE:_____

ADDRESS:_____ LICENSE:_____

FOR SAARMAN USE ONLY:

| | SUPPLIER FILED | | |
|---|---|---|---|
| BOND:_____ | PRELIEN:_____ | PRELIEN:_____ | LIEN WAIVER:_____ |
| INSURANCE:_____ | WC:_____ | COST CODE:_____ | |
| JOB #:_____ | APPROVED BY:_____ | | |
| DATE:_____ | PP #:_____ | | |

THIS PARTIAL WAIVER AND RELEASE OF LIENS AND CLAIMS FORM ATTACHED AS EXHIBIT "C" MUST ALSO BE
EXECUTED PRIOR TO RELEASE OF FUNDS FOR THIS PAY REQUEST.

S 000274

## EXHIBIT "C"

Page 1 of 4

### CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

The undersigned contractor ("Contractor"), upon receipt of progress payments in the amount of _____ /100 Dollars ($_____) for labor, services, equipment and/or materials furnished to {Name of Owner} ("Owner") on the project known as: _____ with a job address and/or legal description of _____ (the "Project"), does hereby unconditionally release any and all mechanic's lien(s) and/or claim(s) upon any bond(s), together with any rights thereto that Contractor has with respect to the Project, for any and all work and materials furnished to or for the benefit of the Project (including any and all work and materials furnished pursuant to any change orders) on or before the date of _____ (the "Effective Date").

Contractor hereby represents and warrants that it has fully paid (or immediately shall fully pay) for all materials and labor (including without limitation any and all union, welfare, pension, vacation, or other contributions or benefits required to be made on account of the employment of such laborers and mechanics provided by Contractor) furnished to or for the benefit of the Project.

In consideration of its receipt of the payment hereinabove referenced, the undersigned hereby agrees to defend, indemnify and hold harmless Owner and any other owners of the Project (together with their respective officers, directors, employees and lenders), as well as the Project itself (together with its improvements and real property) from and against any and all lien(s) and/or claim(s) through the Effective Date.

THIS RELEASE COVERS A PROGRESS PAYMENT FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIAL FURNISHED TO OWNER THROUGH THE ABOVE REFERENCED DATE ONLY AND DOES NOT COVER ANY RETENTION OR ITEMS FURNISHED AFTER SAID DATE. BEFORE ANY RECIPIENT OF THIS DOCUMENT RELIES ON IT, SAID PARTY SHOULD VERIFY EVIDENCE OF PAYMENT TO THE UNDERSIGNED.

**NOTICE:   UPON RECEIPT OF PAYMENT BY THE UNDERSIGNED, THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY.**

_____
{name of Contractor}

By:      _____
Name:   _____
Title:    _____
Date:    _____


STATE OF _____    )
                                                )   ss.
COUNTY OF _____    )

On this the ___ day of _____, 201__, before me, the undersigned officer, personally appeared _____, who acknowledged himself to be the _____ of _____, and that in his/her capacity as such, and being fully authorized so to do, executed the foregoing "Conditional Waiver and Release Upon Progress Payment" for the purposes therein contained.

IN WITNESS WHEREOF I HEREUNTO SET MY HAND AND OFFICIAL SEAL.

_____ [SEAL]         My Commission Expires: _____
Notary Public

S 000275

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

The undersigned contractor ("Contractor"), upon receipt of final payment in the amount of _____ /100 Dollars ($_____) for labor, services, equipment and/or materials furnished to {Name of Owner} ("Owner") on the project known as: _____, with a job address and/or legal description of _____ (the "Project"), does hereby unconditionally release any and all mechanic's lien(s) and/or claim(s) upon any bond(s), together with any rights thereto that Contractor has with respect to the Project, for any and all work and materials furnished to or for the benefit of the Project (including any and all work and materials furnished pursuant to any change orders) on or before the date of_____ (the "Effective Date").

Contractor hereby represents and warrants that it has fully paid (or immediately shall fully pay) for all materials and labor (including without limitation any and all union, welfare, pension, vacation, or other contributions or benefits required to be made on account of the employment of such laborers and mechanics provided by Contractor) furnished to or for the benefit of the Project.

In consideration of its receipt of the payment hereinabove referenced, the undersigned hereby agrees to defend, indemnify and hold harmless Owner and any other owners of the Project (together with their respective officers, directors, employees and lenders), as well as the Project itself (together with its improvements and real property) from and against any and all lien(s) and/or claim(s) through the Effective Date.

THIS RELEASE COVERS FINAL PAYMENT FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIAL FURNISHED TO OWNER WITH RESPECT TO THE PROJECT. BEFORE ANY RECIPIENT OF THIS DOCUMENT RELIES ON IT, SAID PARTY SHOULD VERIFY EVIDENCE OF PAYMENT TO THE UNDERSIGNED.

**NOTICE: UPON RECEIPT OF PAYMENT BY THE UNDERSIGNED, THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY.**

_____
{name of Contractor}

By: _____
Name: _____
Title: _____
Date: _____

STATE OF _____   )
                         )  ss.
COUNTY OF _____    )

On this the ___ day of _____, 201__, before me, the undersigned officer, personally appeared _____, who acknowledged himself to be the _____ of _____, and that in his/her capacity as such, and being fully authorized so to do, executed the foregoing "Conditional Waiver and Release Upon Final Payment" for the purposes therein contained.

IN WITNESS WHEREOF I HEREUNTO SET MY HAND AND OFFICIAL SEAL.

_____ [SEAL]       My Commission Expires: _____
Notary Public

S 000276

## UNCONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

The undersigned contractor ("Contractor"), having been paid and having received final payment in the amount of _____ /100 Dollars ($ _____) for labor, services, equipment and/or materials furnished to (Name of Owner) ("Owner") on the project known as: _____, with a job address and/or legal description of _____ (the "Project"), does hereby unconditionally release any and all mechanic's lien(s) and/or claim(s) upon any bond(s), together with any rights thereto that Contractor has with respect to the Project, for any and all work and materials furnished to or for the benefit of the Project (including any and all work and materials furnished pursuant to any change orders) on or before the date of _____ (the "Effective Date").

Contractor hereby represents and warrants that it has fully paid (or immediately shall fully pay) for all materials and labor (including without limitation any and all union, welfare, pension, vacation, or other contributions or benefits required to be made on account of the employment of such laborers and mechanics provided by Contractor) furnished to or for the benefit of the Project.

In consideration of its receipt of the payment hereinabove referenced, the undersigned hereby agrees to defend, indemnify and hold harmless Owner and any other owners of the Project (together with their respective officers, directors, employees and lenders), as well as the Project itself (together with its improvements and real property) from and against any and all lien(s) and/or claim(s) through the Effective Date.

THIS RELEASE COVERS FINAL PAYMENT FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIAL FURNISHED TO OWNER WITH RESPECT TO THE PROJECT. THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY AND STATES THAT YOU HAVE BEEN PAID FOR GIVING UP THOSE RIGHTS. THIS DOCUMENT IS ENFORCEABLE AGAINST YOU IF YOU SIGN IT, EVEN IF YOU HAVE NOT BEEN PAID. IF YOU HAVE NOT BEEN PAID, USE A CONDITIONAL RELEASE FORM.

_____
{name of Contractor}

By:       _____
Name:   _____
Title:    _____
Date:    _____

STATE OF _____     )
                                              )  ss.
COUNTY OF _____   )

On this the ___ day of _____, 201__, before me, the undersigned officer, personally appeared _____, who acknowledged himself to be the _____ of _____, and that in his/her capacity as such, and being fully authorized so to do, executed the foregoing "Unconditional Waiver and Release Upon Final Payment" for the purposes therein contained.

IN WITNESS WHEREOF I HEREUNTO SET MY HAND AND OFFICIAL SEAL.

_____ [SEAL]          My Commission Expires: _____
Notary Public

S 000277

## UNCONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

The undersigned contractor ("Contractor"), having been paid and having received progress payments totaling _____ /100 Dollars ($_____) for labor, services, equipment and/or materials furnished to {Name of Owner} ("Owner") on the project known as: _____ with a job address and/or legal description of _____ (the "Project"), does hereby unconditionally release any and all mechanic's lien(s) and/or claim(s) upon any bond(s), together with any rights thereto that Contractor has with respect to the Project, for any and all work and materials furnished to or for the benefit of the Project (including any and all work and materials furnished pursuant to any change orders) on or before the date of _____ (the "Effective Date").

Contractor hereby represents and warrants that it has fully paid (or immediately shall fully pay) for all materials and labor (including without limitation any and all union, welfare, pension, vacation, or other contributions or benefits required to be made on account of the employment of such laborers and mechanics provided by Contractor) furnished to or for the benefit of the Project.

In consideration of its receipt of the payment hereinabove referenced, the undersigned hereby agrees to defend, indemnify and hold harmless Owner and any other owners of the Project (together with their respective officers, directors, employees and lenders), as well as the Project itself (together with its improvements and real property) from and against any and all lien(s) and/or claim(s) through the Effective Date.

THIS RELEASE COVERS A PROGRESS PAYMENT FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIAL FURNISHED TO OWNER THROUGH THE ABOVE REFERENCED DATE ONLY AND DOES NOT COVER ANY RETENTION OR ITEMS FURNISHED AFTER SAID DATE. THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY AND STATES THAT YOU HAVE BEEN PAID FOR GIVING UP THOSE RIGHTS. THIS DOCUMENT IS ENFORCEABLE AGAINST YOU IF YOU SIGN IT, EVEN IF YOU HAVE NOT BEEN PAID. IF YOU HAVE NOT BEEN PAID, USE A CONDITIONAL RELEASE FORM.

_____
{name of Contractor}


By:     _____
Name:   _____
Title:  _____
Date:   _____


STATE OF _____    )
                           )  ss.
COUNTY OF _____    )

On this the ___ day of _____, 201__, before me, the undersigned officer, personally appeared _____, who acknowledged himself to be the _____ of _____, and that in his/her capacity as such, and being fully authorized so to do, executed the foregoing "Unconditional Waiver and Release Upon Progress Payment" for the purposes therein contained.

IN WITNESS WHEREOF I HEREUNTO SET MY HAND AND OFFICIAL SEAL.


_____ [SEAL]        My Commission Expires: _____
Notary Public

S 000278

## EXHIBIT " D"

## SUBCONTRACTOR WARRANTY

The undersigned subcontractor warrants the below-described work to be performed without defect or failure for the prescribed period of time from its completion.

Description of Work:

Time of Substantial Completion:
Period of Warranty:
Scope of Coverage:                **Labor & Material**
Nature of Remedy:                 **Repair or Replacement**
Specific Performance Requirements (not limited to):

The undersigned agrees to make corrections promptly upon notification, as time is of the essence. If the undersigned fails to proceed promptly, then Contractor may thereupon proceed to perform the work after fourteen (14) calendar days' written notice, and the undersigned will become liable for out-of-pocket expenses for the cost of the repair.

The insurance carrier of the undersigned's Operation Insurance is:

The policy number is            and the limits of the insurance are **$2,000,000.00**

The said parties for themselves, their heirs, executors, administrators, successors and assigns, do hereby agree to the full performance of the provisions herein contained. This warranty obligation covers not only the Owner, but any subsequent legal owners within the warranty period.

**SUBCONTRACTOR**
Subcontractor Name

Address:

Contact Person:
Phone No.:
Fax No.:
License #:

\\Cserver\operations\Project Files\14511 - Golf Villas Hawaii\##### Subcontractors by CSI code\Exhibits A-F\Exhibit D -
Subcontractor Warranty.doc                                                    REV.02-10-00

S 000279

## EXHIBIT "E"



S 000280

# EXHIBIT "F"

## INSURANCE REQUIREMENTS AND SAMPLE CONTRACTOR'S CERTIFICATE

I.   INSURANCE REQUIREMENTS

Contractor and each of its Subcontractors, shall procure and maintain during construction of the Project, insurance against claims for injury and property damage which may arise from or in connection with the performance of this Contract Documents.

1.   Minimum Scope of Insurance

Coverage shall be at least as broad as:

a.   Commercial General Liability insurance to include products and completed operations, contractual, independent contractors, broad form property damage, fire, legal, and personal injury.

b.   Comprehensive Automobile Liability insurance to include all autos owned, hired and non-owned.

c.   Worker's Compensation as required by the Labor Code of the State of Hawaii and Employers' Liability insurance.

d.   Excess Liability with following form coverage.

e.   No exclusions for remediation of Condominiums, or Mold, or anything naturally related to the work. Where an exclusion exists for mold on the Commercial General Liability policy, Mold coverage can be provided under a separate Pollution policy including Mold.

Init.

/

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1951, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 14:57:33 on 10/31/2014 under Order No.0476994249_1 which expires on 07/13/2015, and is not for resale.
User Notes:                                                          (1630562380)

22

S 000281

Page 2 of 3

2. **Minimum Limits of Insurance**

Contractor and each of its Subcontractors, shall maintain limits no less than:

a. **Commercial General Liability:** Two Million Dollars ($2,000,000) General Aggregate, One Million Dollars ($1,000,000) Products/Completed Operations Aggregate, One Million Dollars ($1,000,000) Personal and Advertising Injury, One Million Dollars ($1,000,000) per occurrence, Fifty Thousand Dollars ($50,000) Fire Damage (any one fire) and Five Thousand Dollars ($5,000) Medical expense (any one person).

b. **Automobile Liability:** One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury and property damage covering Owned, Non-Owned and Hired automobiles.

c. **Workers' Compensation and Employers' Liability:** Workers' Compensation limits as required by the Labor Code of the State of Hawaii and Employers' Liability limits as One Million Dollars ($1,000,000) for Disease, policy limit and One Million Dollars ($1,000,000) Disease, each employee.

d. **Contractor Excess or Umbrella Liability:** Contractor Five Million Dollars ($5,000,000) per occurrence and in the aggregate.

e. **Subcontractor Excess or Umbrella Liability:** Subcontractor Minimum One Million Dollars ($1,000,000) per occurrence and in the aggregate.

3. **Other Insurance Provisions**

The policies are to contain, or be endorsed to contain, the following provisions:

a. General, Automobile and Excess Liability Coverage

The Owner, Owner's Representative, and its respective officers, officials, members' employees, agents, and representatives, and Posard Broek + Associates, it's officers, agents and employees (excludes design and professional liabilities are to be named as additional insured's with respect to liability arising out of the acts or activities performed by or on behalf of Contractor. The additional insured endorsement shall include both "ongoing" and "completed" operations without limitations or exclusions.

b. Workers' Compensation and Employers' Liability Coverage

The insurer shall agree to waive all rights of subrogation against the Owner and Owner's Representative and its respective officers, officials, members, employees, agents, and representatives, for losses arising from work performed by Contractor.

c. All Coverage

(1) Contractor's, and its Subcontractor's insurance coverage shall be primary insurance and non-contributory with respect to Owner and Owner's Representative and its respective officers, officials, members, employees, agents, and representatives, and with respect to any insurance any of them may have.

(2) Any failure to comply with reporting provisions of the policies shall not affect coverage provided to Owner and its respective officers, officials, members, employees, agents, and representatives.

(3) No coverage shall be suspended, voided, cancelled, reduced in coverage or in limits, or non-renewed, except after thirty (30) days' prior written notice by personal delivery or certified mail

Init.

/

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 14:57:33 on 10/31/2014 under Order No.0476994249_1 which expires on 07/13/2015, and is not for resale.
User Notes:                                                                                          (1630562380)

23

S 000282

has been given to Owner.

(4) All insurance with respect to Owner and its respective officers, officials, members, employees, agents, and representatives shall be "date of occurrence" insurance and not "claims made" insurance.

(5) All insurance shall apply separately to each insured against whom claims is made or suit is brought, except with respect to the limits of the insurer's liability.

4. Acceptability of Insurers

Insurance is to be placed with insurers with a BEST rating of no less than A-VIII.

## II.   ADDITIONAL PROVISION

The procuring of insurance by Contractor shall not be construed as a limitation on Contractor liability or as full performance of Contractor's obligation under the Indemnification Provisions of the Contract Documents, and Contractor understands and agrees that, notwithstanding any insurance, Contractor's indemnification obligation, extends to the full and total amount of any damage, injuries, loss, expense, costs, or liabilities suffered or incurred by Owner or its respective officers, officials, members, employees, agents, or representatives.

Init.

/

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1953, 1957, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 14:57:33 on 10/31/2014 under Order No.0476994249_1 which expires on 07/13/2015, and is not for resale.
User Notes:                                                    (1630562380)

24

S 000283