①

9/17/15

STATEMENT FROM GILBERT RUIZ (OCEON TILE EMPLOYEE)    8:42PM
(808) 960-4652

THIS MEETING TOOK PLACE IN FRONT OF PATRICK BATCHELDER (OCEON TILE PCE),
GILBERT RUIZ (OCEON TILE EMPLOYEE) AND JAIME MEDINA (SAARMAN).

DURING THIS MEETING, I ASKED GILBERT TO PLEASE EXPLAIN WHAT HAPPENED
YESTERDAY. HE STARTED BY SAYING LAWRENCE DEPONTE FELL OFF THE
SCAFFOLD AND HIT THE LEFT SHOULDER SIDE OF HIS BODY. AS GILBERT
WAS MIXING THIN-SET MUD FOR THE TILE, HE HEARD LAWRENCE FALL.
LAWRENCE LANDED ON A PORTION OF PROTECTION BOARD. THIS IS NEAR
THE DIRT GRASS AND PATIO CONCRETE EDGE. GILBERT ATTENDED LAWRENCE
AND STATED HE TOLD HIM ARE YOU OK? STAY THERE. LAWRENCE TOOK
A BREATHER AND SAT UP FOR 10 MINUTES. THIS HAPPENED AT ABOUT
10:45AM. SO THE FALL PROBABLY TOOK PLACE AT 1035AM. GILBERT
STATED THAT HE PICKED UP LAWRENCE SHIRT AND DID NOT SEE ANY BLEEDING
OR ISSUE. HE DID SEE A SCRAPE ON HIS ARM. LAWRENCE WAS UP DURING
THIS TIME. HE THEN TOLD GILBERT TO PICK UP THAT GUARD RAIL AND WIRE
IT TO THE SCAFFOLD AS LAWRENCE WAS GOING TO GO BACK TO WORK.
GILBERT TIED THE RAIL TO THE SCAFFOLD WITH WIRE FROM ANOTHER SIDE.
LAWRENCE WENT BACK UP THE SCAFFOLD AND CONTINUED TO WORK.
THIS HEIGHT FROM GROUND TO PLANK IS BETWEEN 7 TO 8 FEET IN HEIGHT.
AFTER INSTALLING ABOUT (2) TILES, LAWRENCE STATED LETS GO MAYBE
I JUST NEED TO REST. GILBERT SAID HE DROVE LAWRENCE TO GILBERTS
                                          AT ABOUT 1150AM
HOUSE. HE REFUSED THE HOSPITAL OR ANY ATTENTION. GILBERT STATED HE GAVE
LAWRENCE HOT DOG BUNS, WATER AND IBEOPROFFINE. AT ABOUT 100PM
LAWRENCE TOOK A SHOWER. HE WOULD FALL ASLEEP + WAKE UP.



EXHIBIT    7
Ruiz
DATE:  7-14-17
SHARON COSKEY

S 000287

EXHIBIT D

②

GILBERT STATED WE WOULD CHECK UP ON HIM.

AT ABOUT 455 pm, GILBERT + SON WERE TELLING LAWRENCE THAT HE SHOULD GO TO HOSPITAL. LAWRENCE WAS STILL FIGHTING THAT HE WAS OK. GILBERT STATED HE FINALY CONVINCED HIM TO GO TO GET CHECKED OUT. GILBERT STATED HE CALLED 911. AMBULANCE CAME. LAWRENCE WAS STILL NOT WANTING TO GO. HE EVENTUALLY LET THE AMBULANCE CREW TAKE HIS VIDALS.

GILBERT DID NOT GO WITH THE AMBULANCE CREW. HE STATED THAT HE CALLED FAMILY MEMBER + TOLD THEM HIS LUNGS, BLOOD + VITAL SIGNS WERE REPORTED GOOD. GILBERT ASKED IF LAWRENCE EVER HAD SEGURES. NO. GILBERT ASKED BECAUSE PRIOR TO AMBULANCE ARRIVAL, LAWRENCE WAS BREATHING HARD + STATING HE HAS TO WORK. GILBERT STATED HE FELT LIKE HE WAS WORRYING TOO MUCH AND THEN HE WOULD NAP.

LATER ON, GILBERT LEARNED FROM FAMILY THAT LAWRENCE HAD PASSED AWAY. HE STATED HE HAD CARDIAC ARREST.

I ASKED HOW OLD WAS LAWRENCE. 59 YEARS OLD.


JAIME MEDINA TOOK THIS REPORT

S 000288