# Hawaii EMS Report

| Service Name<br>Hawaii County Fire Department | | Station<br>Kailua | Unit Name, No. & Type<br>Medic 07 / 0200207 / ALS Amb | PCR No.<br>0864138 | Date<br>09/16/2015 |
|---|---|---|---|---|---|
| Incident Location<br>734405 PUNAWELE ST , Kailua-Kona, HI 96740<br>Home/Residence | | | County, Municipality & Incident Zip<br>Hawaii, Kailua, 96740 | PSAP Incid. No.<br>017591 | |
| | | | Receiving Agency<br>Kona Hospital | | |

<table>
<tr><td rowspan="8"><strong>Patient Info</strong></td><td>Patient Name<br>Lawrence Deponto</td><td colspan="3"></td><td colspan="3" align="center"><strong>Crew</strong></td></tr>
<tr><td colspan="4">Street Address<br>73-4405 Punawele St</td><td>C1: Mitchell, Aaron</td><td>MICT</td><td>EMTP2016</td></tr>
<tr><td colspan="4">City<br>Kailua-Kona    State HI    Zip 96740</td><td>C2: Perry, Shane</td><td>E</td><td>EMTB2454</td></tr>
<tr><td colspan="4" rowspan="2">Sex Male   Age 60 Years   DOB   Phone No. 808</td><td>C3:</td><td></td><td></td></tr>
<tr><td>C4:</td><td></td><td></td></tr>
<tr><td>Patient Number</td><td colspan="2">Social Sec. No.</td><td>Pt. Weight</td><td>Primary Caregiver: C1</td><td>Driver:</td><td></td></tr>
<tr><td>Private Physician</td><td colspan="3">Driver's License</td><td colspan="3" align="center"><strong>Mileage</strong></td></tr>
</table>

| | | Mileage | | |
|---|---|---|---|---|
| | Out | On-Scene | Dest. | In |
| | | 0 | 16 | |

| Transporting Assist Units | Assist OS | | Times | | |
|---|---|---|---|---|---|
| Response Outcome<br>Patient Treated, Transported by EMS | Nature of Incident<br>ALS | Response Time: | 0 | 911: | 16:51 |
| | | ER Time: | 9 | Dispatch: | 16:51 |
| Response Mode<br>Lights and Sirens | Transport Mode<br>Lights and Sirens | OS Time: | 20 | Enroute: | 16:51 |
| | | ERH Time: | 41 | Arrive Scene: | 17:00 |
| Patient Condition on Scene<br>Serious | Patient Condition at Facility<br>Unchanged | Destination Time: | 25 | Contact: | 17:01 |
| | | Total Time: | 95 | Depart Scene: | 17:20 |
| | | Time Out of<br>Quarters: | 0 | Arrive: | 18:01 |
| | | | | Available: | 18:26 |
| | | | | In Quarters: | |

| Chief Complaint: | Shoulder Pain, Cardiac Arrest |
|---|---|
| Current Meds: | none |
| Allergies (meds): | NKDA |
| PMHx: | none |

*(Right margin vertical text: 0864138    11106261)*

## Narrative

Found 60 y.o. male sitting upright on a couch, pt is AOX 3, tracking well when asked to look at EMS personnel, breathing 30-40 min, noted to have carpal spasms, warm/dry skin, no signs of cyanosis, small bruising/abrasions to left elbow area and with a C/C of pain to left shoulder secondary to a mechanical fall this morning.

Hx: Friends on scene state while "setting tile" on a ~ 7 foot high scaffolding, pt "fell to the ground," hitting a hard surface with left arm/shoulder and head, denies LOC. Friends on scene state pt "asked to go home for the day," after the fall, which they state to be abnormal for him. At ~ 1200 hours friends

EXHIBIT 11
Ruiz
DATE: 7-14-17
SHARON COSKEY

**EXHIBIT E**

# Hawaii EMS Report

| Service Name Hawaii County Fire Department | | Unit No Medic 07 / 0200207 / ALS Amb | | PCR No. 0864138 | Date 09/16/2015 |
|---|---|---|---|---|---|
| Patient Name Lawrence Deponte | Date of Birth | | Social Security Number | PSAP 017591 | |

state pt began having "weird fast breathing," and "seizures or something man," and throughout the afternoon pt continued to have similar type symptoms intermittently. 911 activated this evening as symptoms continued. Friends deny pt having C/O chest pain, palpitations, confusion or any other complaints.

PE:
Head: no gross trauma noted, no lateral signs, no facial droop, no hematoma/crepitus/deformity noted to skull, no oral trauma, PERL @ 4 mm initially
Neck/Back: no obvious trauma
Chest: equal rise and fall on scene, no accessory use noted LS- clear and equal bilaterally
ABD: soft, no rigidity or distention noted
Pelvis: stable and intact, no incontinence noted, able to stand on scene
Extremities: no neuro or gross motor deficits noted, following commands, negative for arm drift, hands noted to have slight cramping, no signs of cyanosis, left elbow and shoulder with slight bruising and small abrasions without active bleeding, crepitus or deformity.
Skin: warm and dry to the touch, pink in color
Dex: 268 mg %

*PEA - pulseless electrical activity*

Tx: On scene pt able to follow commands well and responds to EMS personnel calming and reassuring and coaching to slow breathing, pt able to return respiratory rate to normal range and then asks "well can't you guys give me something for it," referring to his shoulder pain. Shortly after pt noted to return to a tachypneic state and then extricated to M07. EKG, O2, IV 20 G in left hand established and transport to KCHER initiated. Upon leaving scene pt heart rate and EKG noted to become bradycardic at 40 beats/min with respirations slowing to 8/min and inadequate, pt unresponsive, multifunction pads placed. BVM ventilations initiated with red OPA placed, no gag reflex present and pt is briefly externally paced. M07 pulled to side of road and called for X 21 assistance. Pt noted to be PEA rhythm, chest compressions initiated, Pulse/EKG check every 2 minutes with focus on maintaining minimal interruption to chest compressions. Airway secured with 7.5 ETT at 23 cm to lip; confirmation of ETT placement via direct visualization of tube passing cords, equal/present breath sounds, adequate rise and fall of chest, positive misting in tube, good bag compliance, negative epigastric sounds, and good end tidal Co2 waveform. 2 additional IV's established (20 G left forearm and 18 G left AC), total of 6 mg EPI 1:10,000 administered IVP with pt converting into V-Tach after second EPI; 120 J shock administered and pt noted to obtain ROSC with Sinus Tach rhythm, however ~ 1 min after ROSC pt returned to PEA rhythm, underlying accelerated idioventricular rhythm. 2 mg Narcan IVP, communication with BSP at KCHER without orders, ACLS protocols followed. Airway confirmation assessed prior to and after each pt movement with equal/present breath sounds and adequate rise and fall of chest with BVM ventilations.

Dispo: Pt still in Code 500 status with PEA rhythm, Oral report given, paperwork given to hospital staff

Case 1:16-cv-00315-DKW-KJM Document 34-7 Filed 10/31/17 Page 3 of 4 PageID.433

# Hawaii EMS Report

| Service Name<br>Hawaii County Fire Department | Unit No<br>Medic 07 / 0200207 / ALS Amb | | PCR No.<br>0864138 | Date<br>09/16/2015 |
|---|---|---|---|---|
| Patient Name<br>Lawrence Deponte | Date of Birth | Social Security Number | PSAP<br>017591 | |

upon transfer of care. IV patent and without infiltration with ~ 500 CC NS infused.

CI: 1. Cardiopulmonary Arrest   2. Traumatic injury R/O Pulmonary Embolus

| Time | Events | Provider | Comments |
|---|---|---|---|
| 17:03 | Vitals: Pulse: 90; Resp: 30; B.P.: 130/P (Palpated Cuff); GCS: 4/5/6 (None); Resp. Effort: Normal; Perfusion: Normal | Perry, Shane | |
| 17:07 | | Mitchell, Aaron | Extrication |
| 17:07 | | Perry, Shane | Extrication |
| 17:08 | Oxygen: Non-Rebreather Mask (O2 10-15 lpm); Liters: 10 | Perry, Shane | |
| 17:10 | EKG/Defib: Cardiac Monitor; Rhythm: Normal Sinus Rhythm; Rhythm at Hospital: PEA | Mitchell, Aaron | |
| 17:13 | Vitals: Pulse: 90; Resp: 24; Oximetry: 96%; B.P.: 134/80 (Automated Cuff); GCS: 4/5/6 (None); Resp. Effort: Labored | Mitchell, Aaron | |
| 17:15 | IV/IO: IV - Peripheral; Success: 0/0 | Mitchell, Aaron | |
| 17:17 | IV/IO: IV - Peripheral; Success: 1/1; Location: Hand-Left; Fluid: NSS-1000 ml; Size: 20 G; Rate: Bolus | Mitchell, Aaron | |
| 17:21 | EKG/Defib: Cardiac Monitor; Rhythm: Sinus Bradycardia; Rhythm at Hospital: PEA | Mitchell, Aaron | sinus rhythm change to sinus brady |
| 17:22 | Vitals: Pulse: 40; Resp: 8; GCS: 2/1/1 | Mitchell, Aaron | |
| 17:22 | EKG/Defib: Cardiac Pacing-External; Rhythm: Sinus Bradycardia; Rhythm at Hospital: PEA | Mitchell, Aaron | |
| 17:23 | Oxygen: Airway bagged (via BVMask); Liters: 15 | Mitchell, Aaron | red OPA placed |
| 17:24 | Misc: CPR-Start Compressions and Ventilations; Success: 1/1 | Mitchell, Aaron | |
| 17:25 | Misc: CPR-Start Compressions and Ventilations; Success: 1/1 | Perry, Shane | |
| 17:27 | Airway: Airway-Orotracheal Intubation; Success: 1/1; Confirmation: Auscultation of Bilateral Breath Sounds, Visualization of Tube Passing Through the Cords, Waveform CO2 Confirmation; Dest. Confirm.: Visualization of the Chest Rising with Ventilation; Size: 7.5; RSI Used: No; Pt. Response: Unchanged | Mitchell, Aaron | |
| 17:28 | EKG/Defib: Cardiac Monitor; Rhythm: PEA; Rhythm at Hospital: PEA | Mitchell, Aaron | pulse rhythm checks every 2 mins, minimum interruption |
| 17:29 | Med: Epinephrine 1:10,000; Dose: 1 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 17:30 | Med: Naloxone (Narcan); Dose: 2 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 17:30 | Vitals: Pulse: 0; Resp: 0; Resp. Effort: Absent | Mitchell, Aaron | |
| 17:32 | IV/IO: IV - Peripheral; Success: 1/1; Location: Forearm-Left; Fluid: 2 cc Saline-Lock; Size: 20 G; Rate: 2cc/hr Saline Lock | Mitchell, Aaron | |

EMStat Reporting(c) 1998-2015, Med Media, Inc. All Rights Reserved.

Provider

# Hawaii EMS Report

| Service Name Hawaii County Fire Department | | Unit No Medic 07 / 0200207 / ALS Amb | | PCR No. 0864138 | Date 09/16/2015 |
|---|---|---|---|---|---|
| Patient Name Lawrence Deponte | Date of Birth | | Social Security Number | PSAP 017591 | |

| Time | Events | Provider | Comments |
|---|---|---|---|
| 17:34 | Med: Epinephrine 1:10,000; Dose: 1 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 17:36 | EKG/Defib: Defibrillation-Manual; Rhythm: Ventricular Tachycardia; Rhythm at Hospital: PEA | Mitchell, Aaron | |
| 17:38 | EKG/Defib: Cardiac Monitor; Rhythm: Sinus Tachycardia; Rhythm at Hospital: PEA | Mitchell, Aaron | ROSC |
| 17:39 | Vitals: Pulse: 104; Resp: 0; Resp. Effort: Absent | Mitchell, Aaron | unable to obtain BP |
| 17:40 | EKG/Defib: Cardiac Monitor; Rhythm: PEA; Rhythm at Hospital: PEA | Perry, Shane | CPR re-initiated |
| 17:41 | Med: Epinephrine 1:10,000; Dose: 1 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 17:45 | Vitals: Pulse: 0; Resp: 0; Resp. Effort: Absent | Mitchell, Aaron | |
| 17:46 | Med: Epinephrine 1:10,000; Dose: 1 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 17:50 | IV/IO: IV – Peripheral; Success: 1/1; Location: Antecubital-Left; Fluid: 2 cc Saline-Lock; Size: 18 G; Rate: 2cc/hr Saline Lock | Mitchell, Aaron | |
| 17:51 | Med: Epinephrine 1:10,000; Dose: 1 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 17:56 | Med: Epinephrine 1:10,000; Dose: 1 Mg; Qty: 1; Route: Intravenous | Mitchell, Aaron | |
| 18:00 | Vitals: Pulse: 0; Resp: 0; Resp. Effort: Absent | Mitchell, Aaron | |
| 18:00 | EKG/Defib: Cardiac Monitor; Rhythm: PEA; Rhythm at Hospital: PEA | Mitchell, Aaron | |