IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, | ) ) ) CASE NO. 16-00315-DKW-KSC |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SAARMAN CONSTRUCTION, LTD., | ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was

hereby served on the following at their last known address on October 31, 2017.

Served Electronically through CM/ECF:

RICHARD B. MILLER, ESQ.              rmiller@tpm-hawaii.com
DAVID HARADA STONE, ESQ.      dharada-stone@tpm-hawaii.com
ASHLEY R. SHIBUYA, ESQ.            ashibuya@tpm-hawaii.com

Attorneys for Plaintiff

STATE FARM FIRE AND CASUALTY COMPANY

RICHARD B. ROST, ESQ.                richard@rostlaw.com

Attorney for Defendant OCEAN TILE, LLC

DATED: Honolulu, Hawaii, October 31, 2017.

/s/ Sheree Kon-Herrera
WESLEY H. CHING
SHEREE KON-HERRERA
Attorneys for Defendant
SAARMAN CONSTRUCTION, LTD.