IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>SAARMAN CONSTRUCTION, LTD.,<br><br>    Defendant.<br>_____ | ) CASE NO. 16-00315-DKW-KSC<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was

hereby served on the following at their last known address on October 31, 2017.

Served Electronically through CM/ECF:

RICHARD B. MILLER, ESQ.    rmiller@tpm-hawaii.com
DAVID HARADA STONE, ESQ.  dharada-stone@tpm-hawaii.com
ASHLEY R. SHIBUYA, ESQ.   ashibuya@tpm-hawaii.com

Attorneys for Plaintiff

STATE FARM FIRE AND CASUALTY COMPANY

RICHARD B. ROST, ESQ.    richard@rostlaw.com

Attorney for Defendant OCEAN TILE, LLC

DATED: Honolulu, Hawaii, October 31, 2017.

/s/ Sheree Kon-Herrera
WESLEY H. CHING
SHEREE KON-HERRERA
Attorneys for Defendant
SAARMAN CONSTRUCTION, LTD.