IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAARMAN CONSTRUCTION, LTD., and OCEAN TILE, LLC,<br><br>    Defendants. | CIVIL NO. CV 16-00315 DWK-KJM<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2017 a true and correct copy of the forgoing was served electronically on the following person(s) via CM/ECF:

Richard B. Miller, Esq.          rmiller@tpm-hawaii.com
David Harada Stone, Esq.         dharada-stone@tpm-hawaii.com
Ashley R. Shibuya, Esq.          ashibuya@tpm-hawaii.com
Attorneys for
STATE FARM FIRE AND CASUALTY COMPANY

Wesely H.H. Ching, Esq.          whc@fmhc-law.com
Sheree Kon-Herrera, Esq.         skh@fmhc-law.com
Attorneys for
SAARMAN CONSTRUCTION, LTD.

                    /s/ Richard B. Rost
                    RICHARD B. ROST
                    Attorney for Defendant
                    OCEAN TILE, LLC